1  WILLIAM P. DONOVAN, JR., Bar No. 155881
   william.donovan@dlapiper.com
2  DLA PIPER US LLP
   1999 Avenue of the Stars, Suite 400
3  Los Angeles, CA 90067-6023
   Tel: 310.595.3000
4  Fax: 310.595.3300

5  STEPHEN CHIARI, Bar No. 221410
   stephen.chiari@dlapiper.com
6  DLA PIPER US LLP
   153 Townsend Street, Suite 800
7  San Francisco, CA 94107-1957
   Tel: 415.836.2500
8  Fax: 415.836.2501

9  Attorneys for Defendants
   RUBEN AGUALLO and PAUL GREGORIO
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14  JOSE VALADEZ, BABITA VALADEZ,              CASE NO. CV 08 3100 HRL

15              Plaintiffs,                    **CERTIFICATE OF SERVICE OF
                                               NOTICE TO ADVERSE PARTY OF
16        v.                                   REMOVAL TO FEDERAL COURT**

17  RUBEN AGUALLO, PAUL GREGORIO,
    DOES 1 through 10,
18
                Defendant.
19

20        Judith A. Fazackerley certifies and declares as follows:

21        I am over the age of 18 years and not a party to this action. My business address is 153

22  Townsend Street, Suite 800, San Francisco, CA 94107, which is located in the city, county and

23  state where the mailing described below took place.

24        On June 27, 2008, I deposited in the United States Mail at San Francisco, California, a

25  copy of the Notice to Adverse Party of Removal to Federal Court dated June 27, 2008, a copy of

26  which is attached to this Certification. In the same envelope, I also served (1) the Order Setting

27  Initial Case Management Conference and ADR Deadlines, (2) the ECF Registration Information

28  Handout, (3) the Notice of Assignment of Case to a United States Magistrate Judge, (4) the
    WEST\21456451.1

booklet entitled "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California," and (5) the document entitled "Welcome to the United States District Court for the Northern District of California, Clerk's Office, San Jose Division."

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2008 at San Francisco, California.

_____ /s/ Judith A. Fazackerley
Judith A. Fazackerley

DLA PIPER US LLP
SAN FRANCISCO

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT
(CASE NO. C 08 3100 HRL)

1   WILLIAM P. DONOVAN, JR., Bar No. 155881
    DLA PIPER US LLP
2   1999 Avenue of the Stars, Suite 400
    Los Angeles, CA 90067-6023
3   Tel: 310.595.3000
    Fax: 310.595.3300
4

5   STEPHEN CHIARI, Bar No. 221410
    DLA PIPER US LLP
    153 Townsend Street, Suite 800
6   San Francisco, CA 94107-1957
    Tel: 415.836.2500
7   Fax: 415.836.2501

8   Attorneys for Defendants
    RUBEN AGUALLO and PAUL GREGORIO
9

10

11              SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                    COUNTY OF SANTA CLARA

13

| | |
|---|---|
| JOSE VALADEZ, BABITA VALADEZ, | CASE NO. 108CV113530 |
| Plaintiffs, | **NOTICE TO ADVERSE PARTY OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| v. | |
| RUBEN AGUALLO, PAUL GREGORIO, DOES 1 through 10, | Complaint filed: May 28, 2008 |
| Defendant. | Discovery cutoff: None set<br>Motion cutoff: None set<br>Trial Date: None set |

20   TO:   PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

21         PLEASE TAKE NOTICE that Defendants Ruben Aguallo and Paul Gregorio have filed

22   with the United States District Court for the Northern District of California a Notice of Removal

23   of Action from the Superior Court of the State of California in and for the County of Santa Clara

24   pertaining to the matter entitled Jose Valadez, Babita Valadez, Plaintiffs v. Ruben Aguallo, Paul

25   Gregorio, Does 1 through 10, Defendants, Case No. 108CV113530 ("Notice of Removal"). This

26   notice is given pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Removal is attached

27   hereto as Exhibit A.

28

WEST\21455090.1

DLA PIPER US LLP
SAN FRANCISCO

1    Dated: June ____, 2008                    DLA PIPER US LLP

2

3                                              By _____

4                                                 WILLIAM P. DONOVAN, JR.
                                                  STEPHEN CHIARI
5                                                 Attorneys for Defendants
                                                  RUBEN AGUALLO and PAUL GREGORIO
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEST\21455090.1

DLA PIPER US LLP
SAN FRANCISCO

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT
(CASE NO. 108CV113530)

1  WILLIAM P. DONOVAN, JR., Bar No. 155881
   william.donovan@dlapiper.com
2  DLA PIPER US LLP
   1999 Avenue of the Stars, Suite 400
3  Los Angeles, CA  90067-6023
   Tel:  310.595.3000
4  Fax:  310.595.3300

5  STEPHEN CHIARI, Bar No. 221410
   stephen.chiari@dlapiper.com
6  DLA PIPER US LLP
   153 Townsend Street, Suite 800
7  San Francisco, CA  94107-1957
   Tel:  415.836.2500
8  Fax:  415.836.2501

9  Attorneys for Defendants
   RUBEN AGUALLO and PAUL GREGORIO

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  JOSE VALADEZ, BABITA VALADEZ,        CASE NO.

15          Plaintiffs,                  **NOTICE OF REMOVAL OF ACTION
                                         UNDER 28 U.S.C. § 1441(b) (FEDERAL
16       v.                              QUESTION)**

17  RUBEN AGUALLO, PAUL GREGORIO,
    DOES 1 through 10,
18
            Defendant.
19

20

21  TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
           DISTRICT OF CALIFORNIA:

22         PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1441, Defendants Ruben Aguallo

23  and Paul Gregorio (collectively "Defendants") hereby remove this action, previously pending as

24  Case No. 108CV113530 in the Superior Court of the State of California for the County of Santa

25  Clara, to the United States District Court for the Northern District of California.

26

27

28

DLA PIPER US LLP
  LOS ANGELES

WEST\21454428.1                                              NOTICE OF REMOVAL OF ACTION

# INTRODUCTION

1.     On May 28, 2008, Plaintiffs Jose Valadez and Babita Valadez (collectively, "Plaintiffs") filed a complaint in the Superior Court for the State of California for Santa Clara County, as Case No. 108CV113530 (the "Complaint").

2.     Defendants were served with the Complaint by personal service on May 30, 2008.

3.     A true and correct copy of all pleadings, process or orders served upon Defendants is attached hereto as Exhibit A.

4.     This case is based predominantly on RICO claims under 18 U.S.C. §1962, subdivisions (c) and (d).

5.     Defendants filed their Answer to Plaintiffs' Complaint on June 25, 2008, prior to filing this Notice of Removal. A true and correct copy of Defendants' Answer is attached hereto as Exhibit B.

# JURISDICTION

6.     Plaintiffs' Complaint is predominantly based on alleged violations of 18 U.S.C. §1962 subdivisions (c) and (d) ("RICO"), and therefore necessarily raises a federal claim over which this court has original jurisdiction under 28 U.S.C. §1331.  Plaintiffs' Complaint also contains two related common law claims for (1) restitution of illegal payments, and (2) intentional interference with economic advantage.  Both of these common law claims are based upon the same allegations underlying the RICO claim, and the Prayer for Relief seeks exemplary damages and attorneys' fees under the RICO statute.  Because the federal RICO claim predominates the allegations of the Complaint, Defendants respectfully request that the Court exercise supplemental jurisdiction over the common law claims under 28 U.S.C. §1367(a).

# REMOVAL IS PROPER AND TIMELY

7.     This Notice of Removal is timely under 28 U.S.C. §1446(b) because Defendants are effecting removal within 30 days of being served or otherwise receiving the complaint.

8.     All parties whose consent is required to this Notice of Removal have joined herein, and only Defendants are required to consent to this Notice of Removal.

9.     Defendants reserve the right to supplement or amend this Notice of Removal.

1    10.    Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed

2    with the clerk of the Superior Court of California for the County of Santa Clara.

3    11.    Pursuant to 28 U.S.C. §1446(d), Defendants are providing written notice to

4    Plaintiffs of this Notice of Removal.

5    12.    Because Plaintiffs' RICO claim arises under a federal statute, and because this

6    Court has jurisdiction over the federal question claim and supplemental jurisdiction over the

7    related common law claims, Defendants' timely notice of removal is proper under 28 U.S.C.

8    §1441(b).

9

Dated: June 26, 2008                          DLA PIPER US LLP

10

11                                            By _____

12                                            WILLIAM P. DONOVAN, JR.
                                              STEPHEN CHIARI
13                                            Attorneys for Defendants
                                              RUBEN AGUALLO and PAUL GREGORIO

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

**EXHIBIT A**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

MAY 28 08

KIRI TORRE
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA
J. CAO-NGUYEN DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Ruben Aguallo
Paul Gregorio

Does 1 through 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Jose Valadez
Babita Valadez

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Santa Clara County Superior Court<br>191 North First Street<br><br>San Jose, CA 95113 | CASE NUMBER:<br>*(Número del Caso):*<br>**08CV113530** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Blaine L. Fields, SBN 65781
Fields Law Office
333 West San Carlos
San Jose, CA 95110

J. Cao-Nguyen

DATE: **MAY 28 2008** Kiri Torre Clerk, by _____, Deputy
*(Fecha)* Chief Executive Officer/Clerk *(Secretaria)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)  [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [X] by personal delivery on *(date):* 5-30-08

[SEAL]

Legal Solutions Plus

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465



BLAINE L. FIELDS, SBN 65781
333 WEST SAN CARLOS
8TH FLOOR
SAN JOSE, CALIFORNIA 95110
(408) 279-3600

Attorney for Plaintiffs

IN THE SUPERIOR COURT OF STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SANTA CLARA

JOSE VALADEZ, BABITA VALADEZ,

           Plaintiffs,

vs.

RUBEN AGUALLO, PAUL GREGORIO,
Does 1 through 10,

           Defendants.

Case No. 1 0 8 C V 1 1 3 5 3 0

COMPLAINT FOR MONEY DAMAGES

JURISDICTION

1.    Plaintiff Jose Valadez ("Jose") and Babita Valadez ("Babita") are husband and wife residing the Santa Clara County and doing business under the name and style of "Only Upholstery" wherein Jose performs repair services of automobile upholstery and interior detailing and Babita performs administrative duties.

2.    Claims based upon violation of 18 USC 1962 are brought pursuant to the grant of authority provided in 18 USC 1964(c).

3.    Defendant Ruben Aguallo ("Ruben") is employed in a management position for Avis Budget Group, Inc., or one of its subsidiaries, ("Avis") and holds the position of Maintenance and Damage Manager.  Plaintiffs are informed and believe that at all times mentioned herein  Ruben resided in the County of Santa Clara.

4.    Defendant Paul Gregorio ("Paul") is employed in a management position

Complaint for Money damages

Page 1

1   for Avis and holds the position of Maintenance and L  .age Manager. Plaintiffs are

2   informed and believe that at all times mentioned herein Paul resided in the County of

3   Santa Clara.

4       5.      The acts and conduct of Ruben and Paul upon which this complaint is

5   based were performed at the Avis facility located 2103 North First Street, San Jose,

6   Santa Clara County, California.

7       6.      Plaintiffs are ignorant of the true names and capacities of defendants sued

8   herein as Does 1 through 10, inclusive, and therefore sues these defendants by such

9   fictitious names. Plaintiffs will amend this complaint to allege their true names and

10  capacities when ascertained. Plaintiffs are informed and believe and thereon allege that

11  each of the fictitiously named defendants is responsible in some manner for the

12  occurrences herein alleged and that plaintiffs' injuries were proximately caused thereby.

13

14                          COMMON ALLEGATIONS

15      7.      At all times mentioned herein, Avis was and is an enterprise engaged in

16  and affecting interstate commerce, authorized to conduct business in the State of

17  California and is engaged in the car rental business.

18      8.      In or about May 2005, Plaintiffs sought to and did establish a business

19  relationship with Avis wherein Plaintiffs would provide upholstery repair and interior

20  detailed cleaning for rental cars at the Avis facility located at 2103 North First Street,

21  San Jose, Santa Clara County, California (the "Facility"). The service was provided by

22  Plaintiffs on an independent contractor basis and Plaintiffs would submit invoices for

23  the work performed on a regular periodic basis.

24      9.      At or about the time Plaintiffs and Avis entered into the mutually

25  beneficial business relationship, Ruben and Paul, both of whom managed and oversaw

26  the work performed by Plaintiffs, knowingly and willfully agreed among themselves to

27  extort money from Plaintiff by threats that if Plaintiffs failed to pay money to them,

28  they could and would cause the business relationship between Avis and Plaintiffs to

1    terminate.

2        10.    In furtherance of the conspiracy and pursuant thereto, Ruben and Paul

3    represented to Jose that Ruben and Paul effectively controlled who performed

4    automobile interior cleaning and upholstery repair services for Avis at the Facility and

5    unless Jose paid Ruben and Paul a recurring consideration, Ruben and Paul would see

6    to it that Avis terminated Plaintiff's business relationship. As a result of this threat, Jose

7    agreed to Ruben and Paul's demands for payment and commencing June 2005 and for

8    the remainder of 2005 Plaintiffs paid Ruben and Paul, either in cash or with prepaid

9    gift certificates, a monthly sum equal to not less than $200.

10       11.    Over time Ruben increased the demands for monthly cash payments and

11   by June 2006, Plaintiffs were paying Ruben and Paul $2500 per month, $1,500 to

12   Ruben and $1,000 to Paul, plus additional amounts from time to time as demanded.

13   In addition, from time to time Ruben and Paul would bring in private automobiles for

14   Jose to work on and obtained such work gratis.

15       12.    In or about June 2007, Ruben demanded that the payment amount double

16   to $5,000 per month. During the balance of 2007 Ruben continued to press Plaintiffs

17   for the increased amount. When Plaintiffs refused to pay the increased amount, Ruben

18   met with Avis personnel in charge of hiring outside vendors and convinced them to

19   terminate the Avis business relationship with Plaintiffs. The last payment to Ruben and

20   Paul occurred in December 2007. The last service performed for Avis also occurred in

21   December 2007.

## FIRST CAUSE OF ACTION
### [Restitution of Illegal Payments]

24       13.    Plaintiffs re-allege and incorporate herein by this reference the allegations

25   set forth in paragraphs 1 through 12.

26       14.    Jose reasonably believed the threats of Ruben that he could cause a

27   termination of the business relationship between Avis and Plaintiffs and feared that such

28   action would have a devastating negative financial impact upon his business income. In

Complaint for Money damages

1  consequence of such fear, Jose agreed to Ruben's demands.

2      15.   During the course of the business relationship between Plaintiffs and Avis,

3  Plaintiffs paid Ruben and Paul, either in cash, prepaid gift cards, or services, the sum of

4  $64,528, the last monthly payment totaling $4,750 being paid in December 2007.

5      16.   The acts and conduct of Ruben and Paul in extorting cash or its equivalent

6  from Plaintiffs were oppressive and malicious and justify the imposition of punitive

7  damages.

8      WHEREFORE, Plaintiff pray judgment as hereinafter set forth.

9                          SECOND CAUSE OF ACTION
10                  [Intentional Interference with Economic Advantage]

11     17.   Plaintiffs re-allege and incorporate herein by this reference the allegations

12  set forth in paragraphs 1 through 12.

13     18.   Ruben and Paul knowingly, wilfully and intentionally induced Avis to

14  terminate its business relationship with Plaintiffs and did so for the express purpose of

15  damaging and injuring Plaintiffs as retribution for Plaintiffs' refusing to comply with

16  Ruben and Paul's demands for payment of $5,000 per month.

17     19.   As a direct and proximate result of the acts and conduct of Ruben and Paul

18  in interfering with the business relationship between Avis and Plaintiffs, Plaintiffs have

19  suffered lost net income of $25,000 per month commencing January 2008 and

20  continuing each month thereafter notwithstanding Plaintiffs efforts to mitigate such

21  loss, which loss shall continue at the same rate  for the foreseeable future.

22     20.   As a further direct and proximate result of the acts and conduct of Ruben

23  and Paul in interfering with the business relationship between Avis and Plaintiffs,

24  Plaintiffs have suffered mental and emotional distress, loss of sleep, headaches, tension

25  and a general deterioration of the quality of their lives due to deterioration of their

26  financial condition and the mental anguish and worry that has accompanied the sudden

27  loss of income.  Plaintiffs claim general damages of $150,000 each.

28     21.   The acts and conduct of Ruben and Paul in intentionally interfering with

Complaint for Money damages                                                Page 4

1   the business relat.      .hip between Avis and Plaintiffs w      oppressive and malicious and

2   justify the imposition of punitive damages.

3       WHEREFORE, Plaintiff pray judgment as hereinafter set forth.

4                        THIRD CAUSE OF ACTION
5                          [RICO Violations]

6   A.   Count 1 - Violation of 18 USC 1962(c)

7       22.   Plaintiffs re-allege and incorporate herein by this reference the allegations

8   set forth in paragraphs 1 through 21.

9       23.   Ruben and Paul, as managers of the Avis facility described, were directly

10  involved of the conduct of the affairs of Avis and indirectly influenced the decisions as

11  to which independent contractor would obtain contracts or associations with Avis

12  insofar as the services provided related to the facility they managed.

13      24.   Ruben and Paul conspired to engaged in a pattern of racketeering by

14  means of extorting sums from Plaintiffs through threats of economic harm to Plaintiffs'

15  business over a two and one-half year period by demanding and receiving semi-monthly

16  payments from Plaintiffs and periodically increasing the amount demanded.  The first

17  predicate act of racketeering occurred in June 2005 followed by monthly extortion

18  demands and resulting payments through and including December 2007, the month of

19  the last predicate act.

20      25.   All sums paid to Ruben and Paul were for their personal benefit and was

21  not for the payment of any legitimate fee, cost or charge levied by Avis.

22      26.   As a direct and proximate result of the racketeering activities practiced by

23  Ruben and Paul as alleged herein, Plaintiffs have been damaged in a sum equal to the

24  payments made to Ruben and Paul and the business losses sustained as a result of the

25  termination of the business relationship between Avis and Plaintiffs which was induced

26  by Ruben and Paul.

27      27.   As a further direct and proximate result of the acts and conduct of Ruben

28  and Paul in interfering with the business relationship between Avis and Plaintiffs and in

1  making disparaging statements to Avis personnel and t    1 party potential employers,

2  Plaintiffs have suffered significant damage to their business reputation and consequent

3  reduction in the value of the business enterprise.  Plaintiffs claim loss of business value

4  in the sum of $500,000.

5      28.    The acts and conduct of Ruben and Paul in extorting cash or its equivalent

6  from Plaintiffs and in manipulating Avis personnel to terminate the business

7  relationship with Plaintiffs were oppressive and malicious and justify the imposition of

8  punitive damages.

9

10  B.    Count 2 - Violation of 18 USC 1962(d)

11     29.    Plaintiffs re-allege and incorporate herein by this reference the allegations

12  set forth in paragraphs 1 through 28.

13     30.    Ruben and Paul conspired together to violate 18 USC 1962( c ) and had

14  as their objective the participation in Avis's affairs through a pattern of racketeering

15  activity such that they could control which independent contractors Avis hired and

16  thereby extort money from such contractors as a condition of maintaining the business

17  relationship with Avis.

18     31.    In furtherance of such conspiracy, Ruben and Paul extorted sums from

19  Plaintiffs and sought to have Avis personnel terminate the business relationship between

20  Avis and Plaintiffs when Plaintiffs refused to pay Ruben and Paul $5,000 per month.

21     32.    In furtherance of such conspiracy, Ruben and Paul have disparaged

22  Plaintiffs' business and has generally ruined Plaintiffs' business reputation all to

23  Plaintiffs' damage of $500,000.

24                        PRAYER FOR RELIEF

25     Plaintiffs pray judgment against defendants, and each of them, jointly and

26  serverally as follows:

27     1.    For restitution of all monies illegally obtained from Plaintiffs in the sum of

28

1   $64,528;

2        2.      For special damages for lost profits in a sum subject to proof but in no

3   event less than $150,000;

4        3.      For special damages for the reduction of the value of Plaintiffs' business in

5   the sum of $500,000.

6        4.      For general damages awarded to Jose in the sum of $150,000;

7        5.      For general damages awarded to Babita in the sum of $150,000;

8        6.       For prejudgment interest on all special and general damage amounts;

9        7.      For punitive and exemplary damages assessed for purposes of punishment

10  and in an amount not less than $500,000;

11       8.      For a trebling of all damage amounts pursuant to 18 USC 1964(c);

12       9.      For attorney fees pursuant to 18 USC 1964(c);

13       10.     For such other and further relief as the court deems necessary and proper.

14

DATED: 27 May 2008                          LAW OFFICES OF BLAINE L. FIELDS

15

16

17

18                                          BLAINE L. FIELDS
                                            Attorney for Plaintiffs
19

20

21

22

23

24

25

26

27

28

ATTACHMENT CV-5012

## CIVIL LAWSUIT NOTICE

CASE NUMBER: _____ 1 0 8 C V 1 1 3 5 3 0

**Superior Court of California, County of Santa Clara**
**191 N. First St., San Jose, CA 95113**

<div style="border:1px solid black">

### READ THIS ENTIRE FORM

</div>

***PLAINTIFFS*** (the person(s) suing):  Within 60 days after filing the lawsuit, you must serve each defendant with the *Complaint, Summons*, an *Alternative Dispute Resolution (ADR) Information Sheet*, and a copy of this *Civil Lawsuit Notice*, and you must file written proof of such service.

---

**DEFENDANTS** (The person(s) being sued):  You must do each of the following to protect your rights:

1. You must file a written response to the *Complaint*, in the Clerk's Office of the Court, within 30 days of the date the *Summons* and *Complaint* were served on you;
2. You must send a copy of your written response to the plaintiff; and
3. You must attend the first Case Management Conference.

   Warning: If you do not do these three things, you may automatically lose this case.

---

***RULES AND FORMS:***  You must follow the California Rules of Court (CRC) and the Santa Clara County Superior Court Local Civil Rules and use proper forms.  You can get legal information, view the rules and get forms, free of charge, from the Self-Service Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), or from:

- State Rules and Judicial Council Forms: www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms: http://www.scoesuperiorcourt.org/civil/rule1toc.htm
- Rose Printing: 408-293-8177 or becky@rose-printing.com (there is a charge for forms)

For other local legal information, visit the Court's Self-Service website www.scoselfservice.org and select "Civil."

***CASE MANAGEMENT CONFERENCE (CMC):***  You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC.  You must also fill out, file and serve a *Case Management Statement* (Judicial Council form CM-110) at least 15 calendar days before the CMC.

*You or your attorney must appear at the CMC.  You may ask to appear by telephone – see Local Civil Rule 8.*

---

Your Case Management Judge is:  *James Emerson*        Department:  **19**

The 1st CMC is scheduled for: (Completed by Clerk of Court)
    Date: **OCT 3 1 2008**   Time: _1:30 PM_   in Department _**19**_

The next CMC is scheduled for: (Completed by party if the 1st CMC was continued or has passed)
    Date: _____   Time: _____   in Department _____

---

***ALTERNATIVE DISPUTE RESOLUTION (ADR):***  If all parties have appeared and filed a completed *ADR Stipulation Form* (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference.  Visit the Court's website at www.scoesuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

***WARNING:***  Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

Form CV-5012
Rev. 07/01/07

### CIVIL LAWSUIT NOTICE

Page 1 of 1

Arbitration is a normally informal process in which the neutral (the arbitrator) decides the dispute after hearing the evidence and arguments of the parties. The parties can agree to binding or non-binding arbitration. Binding arbitration is designed to give the parties a resolution of their dispute when they cannot agree by themselves or with a mediator. If the arbitration is non-binding, any party can reject the arbitrator's decision and request a trial.

Arbitration may be appropriate when:
< The action is for personal injury, property damage, or breach of contract
< Only monetary damages are sought
< Witness testimony, under oath, is desired
< An advisory opinion is sought from an experienced litigator (if a non-binding arbitration)

< Neutral evaluation is an informal process in which a neutral party (the evaluator) reviews the case with counsel and gives a non-binding assessment of the strengths and weaknesses on each side and the likely outcome. The neutral can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.

Neutral evaluation may be appropriate when:
< The parties are far apart in their view of the law or value of the case
< The case involves a technical issue in which the evaluator has expertise
< Case planning assistance would be helpful and would save legal fees and costs
< The parties are interested in an injunction, consent decree, or other form of equitable relief

< Special masters and referees are neutral parties who may be appointed by the court to obtain information or to make specific fact findings that may lead to a resolution of a dispute.

Special masters and referees can be particularly effective in complex cases with a number of parties, like construction disputes.

< Settlement conferences are informal processes in which the neutral (a judge or an experienced attorney) meets with the parties or their attorneys, hears the facts of the dispute, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations.

Settlement conferences can be effective when the authority or expertise of the judge or experienced attorney may help the parties reach a resolution.

*What kind of disputes can be resolved by ADR?*

Although some disputes must go to court, almost any dispute can be resolved through ADR. This includes disputes involving business matters; civil rights; corporations; construction; consumer protection; contracts; copyrights; defamation; disabilities; discrimination; employment; environmental problems; harassment; health care; housing; insurance; intellectual property; labor; landlord/tenant; media; medical malpractice and other professional negligence; neighborhood problems; partnerships; patents; personal injury; probate; product liability; property damage; real estate; securities; and sports, among other matters.

*Where can you get assistance with selecting an appropriate form of ADR and a neutral for your case, for information about ADR procedures, or for other questions about ADR?*

Contact:
Santa Clara County Superior Court          Santa Clara County DRPA Coordinator
ADR Administrator                          408-792-2704
408-882-2530

---

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET/ CIVIL DIVISION**

&lt;   Arbitration is a normally informal process in which the neutral (the arbitrator) decides the dispute after hearing the evidence and arguments of the parties. The parties can agree to binding or non-binding arbitration. Binding arbitration is designed to give the parties a resolution of their dispute when they cannot agree by themselves or with a mediator. If the arbitration is non-binding, any party can reject the arbitrator's decision and request a trial.

Arbitration may be appropriate when:
&lt;   The action is for personal injury, property damage, or breach of contract
&lt;   Only monetary damages are sought
&lt;   Witness testimony, under oath, is desired
&lt;   An advisory opinion is sought from an experienced litigator (if a non-binding arbitration)

&lt;   Neutral evaluation is an informal process in which a neutral party (the evaluator) reviews the case with counsel and gives a non-binding assessment of the strengths and weaknesses on each side and the likely outcome. The neutral can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.

Neutral evaluation may be appropriate when:
&lt;   The parties are far apart in their view of the law or value of the case
&lt;   The case involves a technical issue in which the evaluator has expertise
&lt;   Case planning assistance would be helpful and would save legal fees and costs
&lt;   The parties are interested in an injunction, consent decree, or other form of equitable relief

&lt;   Special masters and referees are neutral parties who may be appointed by the court to obtain information or to make specific fact findings that may lead to a resolution of a dispute.

Special masters and referees can be particularly effective in complex cases with a number of parties, like construction disputes.

&lt;   Settlement conferences are informal processes in which the neutral (a judge or an experienced attorney) meets with the parties or their attorneys, hears the facts of the dispute, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations.

Settlement conferences can be effective when the authority or expertise of the judge or experienced attorney may help the parties reach a resolution.

*What kind of disputes can be resolved by ADR?*

Although some disputes must go to court, almost any dispute can be resolved through ADR. This includes disputes involving business matters; civil rights; corporations; construction; consumer protection; contracts; copyrights; defamation; disabilities; discrimination; employment; environmental problems; harassment; health care; housing; insurance; intellectual property; labor; landlord/tenant; media; medical malpractice and other professional negligence; neighborhood problems; partnerships; patents; personal injury; probate; product liability; property damage; real estate; securities; and sports, among other matters.

*Where can you get assistance with selecting an appropriate form of ADR and a neutral for your case, for information about ADR procedures, or for other questions about ADR?*

Contact:
Santa Clara County Superior Court          Santa Clara County DRPA Coordinator
ADR Administrator                          408-792-2704
408-882-2530

---

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET/ CIVIL DIVISION**

CV-5003 REV 5/05

Peraita, Marie

**From:**       Peraita, Marie
**Sent:**       Monday, November 05, 2007 9:51 AM
**To:**         'onlyupholstery'
**Subject:**    RE: FW: Price list

Nope, didn't work.  Can you give Jose a hard copy?  I will need it prior to Wednesday as I
have a meeting regarding this on that day.

Thanks!

-----Original Message-----
From: onlyupholstery [mailto:onlyupholstery@sbcglobal.net]
Sent: Friday, November 02, 2007 4:11 PM
To: Peraita, Marie
Subject: Re: FW: Price list

Hi Marie,

I hope it works this time, if not I will give Jose a hard copy to give to you.

Have a great weekend :-)

Babita

--- "Peraita, Marie" <Marie.Peraita@avisbudget.com>
wrote:

> Thank you, it was nice meeting you yesterday.  I can not read the
> attachment you sent me the file is corrupted.
>
> -----Original Message-----
> From: onlyupholstery
> [mailto:onlyupholstery@sbcglobal.net]
> Sent: Thursday, November 01, 2007 5:44 PM
> To: marie.peraita@avisbudget.com
> Subject: Price list
>
> Good Morning Marie,
>
>
> I wanted to thank you for taking the time to meet with Jose and I, if
> you have any questions or concerns please feel free to contact me at
> anytime. I currently have a full time job and Jose is usually out in
> the lots but you can reach me on my cell phone.  I also have attached
> the price list you requested.
>
> Thanks and have a great day :-)
> Babita Valadez
> Only Upholstery
> 408 667-4758
>
>

1

> The sender...
> any virus, worm, trojan, or malicious code could have been infected durir
> message and its attachme      could have been infected durir
> transmission. By reading the message and opening any attachments, the
> recipient accepts full responsibility for taking protective and
> remedial action about viruses and other defects. The sender's employer
> is not liable for any loss or damage arising in any way from this
> message or its attachments.
>
>
>

Peralta, Marie

**From:** Peralta, Marie
**Sent:** Friday, November 02, 2007 1:07 PM
**To:** 'onlyupholstery@Sbcglobal.net'
**Subject:** FW: Price list

**Attachments:** 1276102181-price list



price list (39 KB)

Thank you, it was nice meeting you yesterday.  I can not read the attachment you sent me the file is corrupted.

-----Original Message-----
From: onlyupholstery [mailto:onlyupholstery@sbcglobal.net]
Sent: Thursday, November 01, 2007 5:44 PM
To: marie.peralta@avisbudget.com
Subject: Price list

Good Morning Marie,

I wanted to thank you for taking the time to meet with Jose and I, if you have any questions or concerns please feel free to contact me at anytime, I currently have a full time job and Jose is usually out in the lots but you can reach me on my cell phone.  I also have attached the price list you requested.

Thanks and have a great day :-)
Babita Valadez
Only Upholstery
408 667-4758

1

## Peralta, Marie

**From:**   Peralta, Marie
**Sent:**   Thursday, August 16, 2007 9:16 AM
**To:**    Sheperdson, John
**Subject:** RE: Detail Cars

It is normally 75 and sometimes 100, depending on the severity of it. It would be a rare incident to charge someone 200, maybe an example would be burning man cars where we have to clean out all the vents, in addition to all upholstery.

I will speaking to the production team today as they will be the ones to make the call on the charges.

**From:** Sheperdson, John
**Sent:** Thursday, August 16, 2007 8:25 AM
**To:** Peralta, Marie
**Subject:** RE: Detail Cars

How do you determine what to charge a customer ($100 vs. $200) for an outside detail? Do they charge us a flat fee to detail a car?

**From:** Peralta, Marie
**Sent:** Thursday, August 16, 2007 7:49 AM
**To:** Montoya, Frank; Howey, Clint; Gurses, Unal; Roberts-Chand, Tiffiney; Domingo, Keith; Cameron, Judy; Sabur, Rahimullah; Lau, Helen; Martin, Eunice; Reyes, Chiqui; Malone, Lance; Elliott, Greg; Spurgeon, Dennis
**Cc:** Sheperdson, John
**Subject:** Detail Cars

It has come to my attention recently that we need a policy on excessively dirty cars that need detailing. I have found all sorts of different charges that we add to the customer's contract. I am not sure what we have been basing the charges on so I will give you some direction so that we are all on the same page. If we add charges onto a contract we must have evidence to support it. If a customer calls disputing charges and we can not show that the car was dirty, most likely the charges will be taken off. So it is imperative hat we all work together on this. A manager must be involved and make the decision on charges. We can not leave it up to the employee to charge. There will be different charges based on if we can clean it ourselves or if we to call a detailer to come clean it. The production managers will make this call

- Take pictures of the car and keep on file with a copy of the closed rental agreement
- If the customer is still here, inform them of the charges
- If the customer is not here, call them and inform them
- If we can clean the car our self we will charge anywhere from $60 to $100, based on the severity of it.
- If we need to call the detailer we will charge $100-200 (Usually closer to the $100 range)

I have seen examples of up to $350 dollars recently which we can not substantiate charging a customer that much. We can not charge the customer for detailing fees that we did not incur. When we call the detailer out they usually charge us between $75 and $100 and that is the charge that we will pass over to the customer. I know it is frustrating when our cars are returned filthy and shows that the customer has no respect for our vehicle but we can not take it personally and haphazardly charge them an exuberant amount.

Please let me know if you have any questions.

Marie Peralta
Avis Budget Car Rental
Oakland District Manager
510-577-6370

6/3/2008

6/3/2008

**Peralta, Marie**

**From:** Peralta, Marie
**Sent:** Friday, November 02, 2007 12:55 PM
**To:** Shaver, Gwen; Aguallo, Ruben; Hunter, Chester; Lau, Helen; 'Azizeh, Sam'; Russell, Gary; Mariona, Gabriela
**Subject:** Detail meeting

We all need to sit down and figure out how we can monitor detail charges. I seems that we have numerous cars everyday and we do not pass the cost to the customer that dirtied our vehicle. Please plan on joining me in the conference room at 1st street on Wednesday November 7th @ 12:30 to discuss these issues.

Some things for you to start thinking about are:
Check in agent training
How do we monitor cars that need detail
Who signs off on them
Pass charges to the customer
Amount that we pay the detail company
Should we take bids for a new company

Marie Peralta
Avis Budget Car Rental
Oakland District Manager
510-577 6370

6/3/2008

**Peralta, Marie**

| | |
|---|---|
| **From:** | Peralta, Marie |
| **Sent:** | Monday, November 12, 2007 7:02 AM |
| **To:** | Sheperdson, John |
| **Subject:** | RE: ONLY UPHOLSTERY 5105410 |

Some of it is turnback and some just details. I will continue to use them for heavy stains and charge the customer.

Marie Peralta
Avis Budget Car Rental
San Jose District Manager
408-993-2379

**From:** Sheperdson, John
**Sent:** Monday, November 12, 2007 6:59 AM
**To:** Peralta, Marie
**Subject:** RE: ONLY UPHOLSTERY 5105410

We'll have to wait. When we did strike duty, we did all details ourselves using the brushes. You will have to make do with that. It doesn't seem possible we could be spending this much. Are you sure this isn't TBK related?

**From:** Peralta, Marie
**Sent:** Friday, November 09, 2007 3:18 PM
**To:** Sheperdson, John
**Subject:** FW: ONLY UPHOLSTERY 5105410

I know we are on a freeze for spending but I need to buy a detail machine, quickly. Attached is the ytd spending for our detail company $422,153.60 with very little charged back to the customer.

I had a meeting with all managers on Wednesday and have put a process in place to clean these cars ourselves. We are in the process of doing rover training so that they will know what to look for and how to communicate charges to our customers. A manager must sign off on all cars that they feel need to be done by the outside company. All invoices are routed to Gwen who will send an email to operations manager to add the charge to the customs contract. Airport manager adds the charges and then calls the customer to inform them.

We will clean most cars ourselves unless it is filthy then detail will be called out. In order to get this up and running I need to but a detail machine and assign someone daily to use it. When I was in Oakland I got a nice one from Jazfam that costs about 2500.

Marie Peralta
Avis Budget Car Rental
San Jose District Manager
408-993-2379

**From:** Jones, Richard
**Sent:** Friday, November 09, 2007 2:34 PM
**To:** Peralta, Marie
**Subject:** ONLY UPHOLSTERY 5105410

Marie,
    You weren't kidding about this account. We're spending a lot with them. The attached sheet shows it by individual invoice. I separated them by month and added monthly totals and a YTD monthly average.
    Looks as though all invoices show a corresponding MVA, so I'm not sure why these customers are not being charged back for the damage when appropriate. Some are showing as Turnback repairs and some as stolen/recovery vehicles, but most list "Customer Abuse" as the reason needed for the work performed.
    Hope this helps. Please let me know if you need anything else.

6/3/2008

Richard Jones
Financial Analyst
avisbudgetgroup
513 Eccles Avenue
South San Francisco, CA 94080

650-616-0199
Richard.Jones@avisbudget.com

6/3/2008

Peralta, Mario

Dear Mr. Azizeh,

The first attachment is the letter from Alex Matos assessing the $450 charge for interior and exterior detail. Added to that was $31 for a service charge. The second attachment is an email message from Damien Galford to Alex Matos. Mr. Matos never responded to this message. Scroll down for pictures of the car.

We feel the charges are completely unwarranted and would like to have the entire amount returned.

Sincerely,

Warren R. Coalson, President
EnviroMINE, Inc.
3511 Camino Del Rio South, Suite 403
San Diego, Ca 92108
(619) 284-8515  Fax: (619) 284-0115
warren@enviromineinc.com

**From:** Damien Galford [mailto:damien@enviromineinc.com]
**Sent:** Thursday, December 13, 2007 11:35 AM
**To:** warren@enviromineinc.com
**Subject:** FW: MVA 9690483-Interior abuse

**From:** AMatos@budgetgroup.com [mailto:AMatos@budgetgroup.com]
**Sent:** Thursday, October 25, 2007 7:58 AM
**To:** damien@enviromineinc.com
**Subject:** RE: MVA 9690483-Interior abuse

I will fax you today.

Thank you

alex

**From:** Damien Galford [mailto:damien@enviromineinc.com]
**Sent:** Wednesday, October 24, 2007 3:38 PM
**To:** AMatos@budgetgroup.com
**Subject:** RE: MVA 9690483-Interior abuse

What about the recipt?

**From:** AMatos@budgetgroup.com [mailto:AMatos@budgetgroup.com]
**Sent:** Wednesday, October 24, 2007 2:19 PM
**To:** damien@enviromineinc.com
**Subject:** FW: MVA 9690483-Interior abuse

6/3/2008

Damien,

Here are the pictures of the vehicle you requested.

Thank you

alex

---

**From:** Gregorio, Paul [mailto:Paul.Gregorio@avisbudget.com]
**Sent:** Wednesday, October 24, 2007 9:24 AM
**To:** Matos, Alex; Gregorio, Paul
**Subject:** RE: MVA 9690483-Interior abuse

I will get a receipt from our vendor

---

**From:** AMatos@budgetgroup.com [mailto:AMatos@budgetgroup.com]
**Sent:** Wednesday, October 24, 2007 10:49 AM
**To:** Paul.Gregorio@avisbudget.com
**Subject:** RE: MVA 9690483-Interior abuse

Paul,

The customer is requesting a receipt to know why he is being charge 400.00.

Thank you

alex

---

**From:** Gregorio, Paul [mailto:Paul.Gregorio@avisbudget.com]
**Sent:** Wednesday, October 24, 2007 8:31 AM
**To:** Matos, Alex
**Cc:** Peralta, Marie; Aguallo, Ruben; Gray, John
**Subject:** MVA 9690483-Interior abuse

These are the pictures for the $400.00 detail job.



6/3/2008



*The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.*

6/3/2008

The sender believes that this E-mail and    attachments were free of any virus, worm    )jan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmi....on. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.

6/3/2008

**Peralta, Marie**

| | |
|---|---|
| **From:** | Peralta, Marie |
| **Sent:** | Friday, December 14, 2007 10:28 AM |
| **To:** | Ferden, Dean |
| **Cc:** | Sheperdson, John |
| **Subject:** | FW: Performance Excellence Project - Vehicle Detailing |

I was incorrect on my original amount. My apologize... We spent $422,153

Marie Peralta
Avis Budget Car Rental
San Jose District Manager
408-993-2379

---

**From:** Peralta, Marie
**Sent:** Friday, December 14, 2007 9:56 AM
**To:** Ferden, Dean
**Cc:** Sheperdson, John
**Subject:** RE: Performance Excellence Project - Vehicle Detailing

All good questions. We have just started this new process and are about 2 weeks into it. I will get more defined answers as we move forward a bit more. First thing I noticed was the check in agents were not having any conversation with the customer. Either they did not take the time to look at the interior, didn't care or did not know how to talk about it. They were trained first since it is hard for a customer to deny the filth if they are still looking right at it. They only tell the customer that they will be charged and once the production team or the detailer looks at it they will call them and tell them how much. We try and add the charges when the contract is still on the 203 (code M) screen but when we don't catch it soon enough we fax a letter to station adjustments.

S... since you brought up this subject I have went back to verify all is going according to the plan. Apparently I put the process in run mode and did not follow up. We have been doing the first part of it excellent but on the charge the customer side it fell to the floor. Not all customers have been charged after the initial conversation with the check in agent.

During a meeting today with my management staff I learned that they felt unsure about knowing that the customer knew the charges would be forthcoming. We had no tracking measurement in place to verify the check in agent had a conversation with the customer. We are now putting together a duplicate form that the check in agent can fill out give one to the customer and one stays in the car. It will list:

- RA number
- MVA number
- Date
- Description of area needing detail
- Check in agent signature
- Customer signature (hopefully they will sign)
- Customer contact phone number
- Manager signature if car will be detailed by outside company or internal

You also bring up something I need help on and don't know where to turn. I used to have a sign on code for IAJ but since the combination and all the new sign on codes for IMS, mine does not work. Do you know who can give me a new sign on code? Also in talking to several other DM's, not many are aware that they can adjust their own contracts when on the 806. I think it would benefit all DM's if the IAJ manuals would be redistributed.

I will personally be tracking all detail charges from the invoices and following up on charges to each customer. I will let you know how that turns out.

6/3/2008

Marie Peralta
Avis Budget Car Rental
San Jose District Manager
408-993-2379

**From:** Ferden, Dean
**Sent:** Friday, December 14, 2007 4:09 AM
**To:** Peralta, Marie
**Subject:** RE: Performance Excellence Project - Vehicle Detailing

Marie, this sounds great – may be replicating parts of your process. Do you know approx. what percentage of the detail cars are caught by your check-in agents before the cars reaches the gas island? My thoughts have always been the return agents have many other things going on and they don't like confrontation so they probably wouldn't be effective doing this (but I may be wrong). Also, when you charge the detail fee on the RA, is it still on the 203 screen or are you doing it on the 806 screen? If on the 203, which prompt and reason code are you using and if 806 screen, do you have the IAJ screen or do you forward to Virginia Beach to put the charge on the RA? Can you confirm (if VAB) are you also providing them with a copy of the letter that goes to the customer and who are you sending the adj. request to? Have you determined a way to track how much you are collecting in detail fees per month? I'm thinking depending if it's captured on the 203 screen it could be in a different place on the P&L compared to being captured on the 806. We probably need to dig deeper to determine the answer to this. Sorry to hit you with all these questions but this is great information and sounds like you nailed this....

**From:** Peralta, Marie
**Sent:** Thursday, December 13, 2007 3:12 PM
**To:** Ferden, Dean
**Subject:** FW: Performance Excellence Project - Vehicle Detailing

Dean, Things are well for me and I am have a great time at my new location. I am very excited that you asked me this question as I have just completed a project here in San Jose regarding this very subject. Upon my arrival I realized that we had spend nearly (I hope you are sitting) $700,000 on detail charges this year with almost nothing passed through to the customer. As you can imagine we had to put something in place ASAP. Here are some things that we did to rectify to situation immediately.

Had a meeting with all managers and put a process in place to clean these cars ourselves.
Retraining of check in agents – to notify the customer that they will be charged for excessively dirty cars.
A manager must sign off on all cars that they feel need to be done by the outside company.
All invoices are routed to clerical immediately who will send an email to operations manager to add the charge to the customers contract.
Airport manager adds the charges, calls the customer to inform them of the total charge and sends them a corrected copy of their receipt.

It was a pretty easy process that we put in place and the savings have been instant. I don't know if you wanted to know all this but I was pretty happy with the results and wanted to share.

Marie Peralta
Avis Budget Car Rental
San Jose District Manager
408-993-2379

**From:** Ferden, Dean
**Sent:** Thursday, December 13, 2007 10:57 AM
**To:** Peralta, Marie
**Subject:** FW: Performance Excellence Project - Vehicle Detailing

Hello Marie. Hope all is well. Could you please complete? If a process is needed we're hoping to come up with something that can be replicated throughout the division. Also, would you mind forwarding this note to the other N. Cal locations?
  Thanks much Marie.

6/3/2008

**From:** Ferden, Dean
**Sent:** Thursday, December 13, 2007 10:48 AM
**To:** Knight, Kevin J.; Spain, Matt; Gants, Tom; Lynch, Patrick (Arizona); Rogers, Bill; Cloran, Robert; Herstowski, Dave; Bradford, Lee; Kirk, Todd; Witt, Mark; Delgado, Ralph; Sheppard, Michael; Thompson, Brent; England, Mathew; Stevens, Jo; Broz, Larry; Mylott, Martin; Erb, Steve; Marlow, Marilyn; Cheatham, Paul; Erikson, Rick
**Cc:** Eisenbarth, Jeff; Blume, Maria; Weinstein, Larry; Warner, Michele; O'Neill, John - CCRG
**Subject:** Performance Excellence Project - Vehicle Detailing

We're currently doing a PEx project in West Palm Beach pertaining to 'Interior Vehicle Cleanliness' and the process used to recover expenses associated with customer excessive abuse. Currently, the contract states the customer will pay a reasonable fee for cleaning the car's interior upon return for excessive stains, dirt or soilage attributable to use. Our objective is to establish a process that enables us to recover expenses associated with restoring the vehicle back to a rentable condition due to customer mistreatment of the vehicle's interior. We have completed the initial stages of our project and plan to RUN the event during the week of January 7th. It would be a benefit to our project to learn more about any current practices that are used today. Please complete the attached survey and/or respond to myself, Larry Weinstein or Maria Blume with any information/thoughts related to this subject. Also, ok to forward this survey to anyone you feel would provide useful information. Any question, please do not hesitate to call.

p.s. The information you provide will not be distributed – only used to assist in better understanding current state.

Dean Ferden – 404-427-3162
Larry Weinstein – 757-887-2310
Maria Blume – 757-273-8642

6/3/2008

**Peralta, Marie**

| | |
|---|---|
| **From:** | Peralta, Marie |
| **Sent:** | Friday, December 14, 2007 10:11 AM |
| **To:** | Azizeh, Sam |
| **Subject:** | FW: MVA 9690483-Interior abuse |
| **Attachments:** | Untitled Attachment; _1213113227_001.pdf; FW: MVA 9690483-Interior abuse |

Sorry I sent it to your old email address before.

Marie Peralta
Avis Budget Car Rental
San Jose District Manager
408-993-2379

---

**From:** Peralta, Marie
**Sent:** Thursday, December 13, 2007 12:35 PM
**To:** Azizeh, Sam
**Subject:** FW: MVA 9690483-Interior abuse

I have spoken to this customer a few times and Alex did as well. I have a complete file made for him. He states that he returned the car clean and there were no problems. We sent him pictures of the car as well as the detail invoice from "only upholstery". One thing he told me he must have followed behind a truck and it got the car dirty. I then explained that the car was filthy inside and out and he tried to accuse us of getting it dirty and then charging him for it. Several managers were involved when this car was brought to maintenance because it was so excessive. There were even grease handprints inside the car including the headliner.

My last conversation with him was that they charges were going to stay because he indeed did abuse our car and we incurred a cost to have it cleaned. He is well aware of why we charged him.

Marie Peralta
Avis Budget Car Rental
San Jose District Manager
408-993-2379

---

**From:** Azizeh, Sam
**Sent:** Thursday, December 13, 2007 12:22 PM
**To:** Shaver, Gwen
**Cc:** Peralta, Marie
**Subject:** FW: MVA 9690483-Interior abuse

Do have a file for this detail fee? RA 289480273, MVA 9690483

Marie, The customer's boss is demanding an explanation for the $481.60 detail fee. It looks excessive from what I saw on the attached pictures. Do we know anything about this incident

*Sam Azizeh*
*Airport Manager*
*San Jose International Airport*
*Tel 408 286-7850*
*Fax 408 286-4184*
*Cell 408 592-1841*

6/3/2008

| Company | Location | Account | Amount | Vendor Name | Per End Date | Invoice Num | Invoice Date | Do Number | Dell Number | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 002 | 00490013008 | 5105410 | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | | | | | DETAIL DETAIL 9692 |

*(Remaining rows of this dense tabular page are not legibly reproducible.)*

| Code | Item | Price | | Date | Num | Date | PO | WF | Description | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | 0004AA210 | 51054410 | 185.00 | ONLY UPHOLSTERY | 31-Jan-2007 | | 28-Nov-2006 | | | DETAIL CUST ABUSE |
| 0002 | 0004AA210 | 51054410 | | ONLY UPHOLSTERY | 31-Jan-2007 | | 27-Nov-2006 | | | DETAIL CUST ABUSE |
| 0002 | 0004AA210 | 51054410 | | ONLY UPHOLSTERY | 31-Jan-2007 | | 22-Nov-2006 | | | DETAIL CUST ABUSE |
| 0002 | 0004AA210 | 51054410 | | ONLY UPHOLSTERY | 31-Jan-2007 | | | | | DETAIL CUST ABUSE |
| 0002 | 0004AA210 | 51054410 | | ONLY UPHOLSTERY | 31-Jan-2007 | | | | | DETAIL CUST ABUSE |
| 0002 | 0004AA210 | 51054410 | | ONLY UPHOLSTERY | 31-Jan-2007 | | | | | DETAIL CUST ABUSE |
| 0002 | 0004AA210 | 51054410 | | ONLY UPHOLSTERY | 31-Jan-2007 | | | | | DETAIL CUST ABUSE |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | 0040076650 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7027 | 08-Jan-2007 | PO2040[illegible] | WF20425187 | DETAIL CUST ABUSE #7027 8024281 |
| 002 | 0040076680 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7110 | 21-Jan-2007 | PO2043[illegible] | WF20464792 | #7110 DETAIL CUST ABUSE 5240502 |
| 002 | 0040076740 | 5105410 | | 185.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6854 | 17-Nov-2006 | PO20271[illegible] | WF20318959 | 5874780/G6/DETAIL/ 6854 |
| 002 | 0040082200 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6841 | 14-Dec-2006 | PO20336[illegible] | WF20381139 | DETAIL CUST ABUSE #6841 3842613 |
| 002 | 0040082200 | 5105410 | | 175.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6843 | 14-Dec-2006 | PO20336[illegible] | WF20381140 | DETAIL CUST ABUSE #6843 7593515 |
| 002 | 0040082200 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7052 | 11-Jan-2007 | PO20413[illegible] | WF20426653 | #7052 DETAIL CUST ABUSE 2635881 |
| 002 | 0040082200 | 5105410 | | 175.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7111 | 21-Jan-2007 | PO20439[illegible] | WF20464790 | #7111 DETAIL CUST ABUSE 8537933 |
| 002 | 00400A3200 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7065 | 14-Jan-2007 | PO20416[illegible] | WF20455982 | #7065 DETAIL CUST ABUSE 9873382 |
| 002 | 00400A8020 | 5105410 | | 175.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7039 | 10-Jan-2007 | PO20411[illegible] | WF20426571 | #7039 DETAIL CUST ABUSE 5597244 |
| 002 | 00400A8680 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6835 | 13-Dec-2006 | PO20330[illegible] | WF20381150 | DETAIL CUST ABUSE #6835 1034995 |
| 002 | 00400A87H0 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6819 | 11-Dec-2006 | PO20324[illegible] | WF20381201 | DETAIL CUST ABUSE #6819 5931903 |
| 002 | 00400A87T0 | 5105410 | | 165.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6808 | 08-Dec-2006 | PO2032252 | WF20381155 | DETAIL CUST ABUSE #6808 5303314 |
| 002 | 02700A7200 | 5105410 | | 220.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6964 | 29-Dec-2006 | PO2037[illegible] | WF20420605 | 7175486/REPAIR&DETAIL/INV6964 |
| 002 | 0380025200 | 5105410 | | 125.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6714 | 27-Nov-2006 | PO2028035 | WF20318872 | DETAIL CUST ABUSE #6714 5655156 |
| 002 | 042005N210 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6877 | 18-Dec-2006 | PO2034084 | WF20381064 | DETAIL CUST ABUSE #6877 9803990 |
| 002 | 0480065200 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7035 | 09-Jan-2007 | PO2040694 | WF20426634 | #7035 DETAIL CUST ABUSE 2653372 |
| 002 | 049002W830 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6889 | 20-Dec-2005 | PO2034992 | WF20381079 | DETAIL CUST ABUSE #6889 1089015 |
| 002 | 00400147B0 | 6105412 | | 720.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6897 | 20-Dec-2006 | 539861 | NULL | NULL |
| 002 | 004004A210 | 5105412 | | 720.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6907 | 21-Dec-2006 | 539893 | NULL | NULL |
| 002 | 004004A210 | 5105412 | | 850.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7004 | 05-Jan-2007 | 725186 | NULL | NULL |
| 12 | 004004A210 | 5105412 | | 847.50 | ONLY UPHOLSTERY | 31-Jan-2007 | 7071 | 15-Jan-2007 | 540040 | NULL | NULL |
| 12 | 00400147G0 | 5105417 | | 400.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6917 | 26-Dec-2006 | PO2037[illegible]26 | WF20420582 | 1435770/PREP URW FOR SALE/INV6917 |
| 002 | 00400A3200 | 5105417 | | 500.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6787 | 04-Dec-2006 | PO2030[illegible]22 | WF20353780 | DETAIL PPR SALVAGE FRM LAX 1218762 |
| 002 | 00400147G0 | 5255916 | | 400.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6910 | 22-Dec-2006 | PO2037[illegible]44 | WF20420606 | DETAIL STOLEN RECOVERY #6910 2480645 |
| 002 | 004004A210 | 5255916 | | 365.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7063 | 14-Jan-2007 | PO2041[illegible]77 | WF20456963 | #7063 STOLEN RECOVERY DETAIL 3186934 |
| 002 | 0040069220 | 5255916 | | 600.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6807 | 08-Dec-2006 | PO2032[illegible]22 | WF20381158 | DETAIL STOLEN RECOVERY 8098953 |
| 082 | 004B013210 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6793 | 08-Dec-2006 | PO2031[illegible]06 | WF20353790 | DETAIL &REPAIR CUST ABUSE#6793 7459933 |
| 082 | 004B013210 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6839 | 14-Dec-2006 | PO2033[illegible]55 | WF20381214 | DETAIL CUST ABUSE #6839 8779124 |
| 082 | 004B013210 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6891 | 20-Dec-2006 | PO2035181 | WF20391379 | DETAIL CUST ABUSE #6891 8822675 |
| 082 | 004B013210 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6913 | 22-Dec-2006 | PO2038[illegible]02 | WF20420230 | DETAIL CUST ABUSE #6913 1279530 |
| 082 | 004B013210 | 5105410 | | 90.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6953 | 28-Dec-2006 | PO2037[illegible]73 | WF20420231 | 8225901/REPAIR SEAT/INV6953 |
| 082 | 004B019170 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7034 | 09-Jan-2007 | PO20407[illegible] | WF20426635 | #7034 DETAIL CUST ABUSE 5238925 |
| 082 | 004B019170 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7079 | 15-Jan-2007 | PO2042260 | WF20455952 | #7079 DETAIL CUST ABUSE 6444569 |
| 082 | 004B019610 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6818 | 11-Dec-2006 | PO2032540 | WF20381210 | DETAIL CUST ABUSE #6818 5970682 |
| 082 | 004B019670 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6909 | 22-Dec-2006 | PO2038002 | WF20420228 | DETAIL CUST ABUSE #6909 8360295 |
| 082 | 004B019670 | 5105410 | | 180.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7043 | 10-Jan-2007 | PO2041172 | WF20426637 | #7043 REPAIRS CUST ABUSE 5432770 |
| 082 | 004B019690 | 5105410 | | 175.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6848 | 17-Dec-2006 | PO2033355 | WF20381217 | DETAIL CUST ABUSE #6848 8687951 |
| 082 | 004B019690 | 5105410 | | 205.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7057 | 12-Jan-2007 | PO2041578 | WF20426633 | #7057 DETAIL&REPAIRS CUST ABUSE 8020200 |
| 082 | 004B019690 | 5105410 | | 150.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7069 | 15-Jan-2007 | PO2042260 | WF20455951 | #7069 DETAIL CUST ABUSE 9883770 |
| 082 | 004B019690 | 5105410 | | 175.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7080 | 15-Jan-2007 | PO2042260 | WF20455953 | #7080 DETAIL CUST ABUSE 7939562 |
| 082 | 004B019700 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6911 | 22-Dec-2006 | PO2038002 | WF20420229 | DETAIL CUST ABUSE #6911 1959705 |
| 082 | 004B019720 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7023 | 08-Jan-2007 | PO2040325 | WF20426640 | #7023 DETAIL CUST ABUSE 2686822 |
| 082 | 004B019720 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 7036 | 10-Jan-2007 | PO204[illegible]172 | WF20426636 | #7036 DETAIL CUST ABUSE 9148613 |
| 082 | 004B019750 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6993 | 04-Jan-2007 | PO2039058 | WF20420221 | DETAIL CUST ABUSE #6993 8389640 |
| 082 | 004B04A210 | 5105410 | | 180.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6990 | 03-Jan-2005 | PO2039066 | WF20420225 | REPAIRS&DTL CUST ABUSE #6990 8058875 |
| 082 | 004B04A210 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6977 | 02-Jan-2006 | PO2039829 | WF20420217 | DETAIL CUST ABUSE #6977 6972000 |
| 082 | 004B04A210 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6855 | 19-Nov-2006 | PO2027215 | WF20318991 | DETAIL/9917390/UPLANDER/ 6855 |
| 082 | 004B04A210 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6858 | 19-Nov-2006 | PO2027215 | WF20318990 | DETAIL/7561665/LACROSSE/ 6858 |
| 082 | 004B04A210 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6870 | 20-Nov-2006 | PO2027215 | WF20319424 | DETAIL,TOWNCOUNTRY,9450335, 6870 |
| 082 | 004B04A210 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6871 | 20-Nov-2006 | PO2027215 | WF20318988 | DETAIL/5817825/HHR/ 6871 |
| 082 | 004B04A210 | 5105410 | | 185.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6877 | 20-Nov-2006 | PO2027215 | WF20318987 | DETAIL/2639744/IMPALA/ 6677 |
| 082 | 004B04A210 | 5105410 | | 215.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6688 | 21-Nov-2006 | PO2027242 | WF20320691 | INT DETAIL 6688 |
| 082 | 004B04A210 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6698 | 26-Nov-2006 | PO2027513 | WF20318982 | DETAIL CUST ABUSE #6698 7775832 |
| 082 | 004B04A210 | 5105410 | | 165.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6700 | 26-Nov-2006 | PO2027513 | WF20318984 | DETAIL CUST ABUSE #6700 8534050 |
| 082 | 004B04A210 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6701 | 26-Nov-2006 | PO2027513 | WF20318983 | DETAIL CUST ABUSE #6701 9876322 |
| 082 | 004B04A210 | 5105410 | | 210.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6703 | 28-Nov-2006 | PO2027513 | WF20318985 | REPAIRS CUST ABUSE #6703 1152183 |
| 082 | 004B04A210 | 5105410 | | 195.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6707 | 27-Nov-2006 | PO2027982 | WF20318981 | DETAIL CUST ABUSE #6707 5214005 |
| 082 | 004B04A210 | 5105410 | | 140.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6715 | 27-Nov-2006 | PO2029032 | WF20331881 | REPAIRS CUST ABUSE #6715 6754158 |
| 082 | 004B04A210 | 5105410 | | 185.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6723 | 29-Nov-2006 | PO2029032 | WF20331883 | DETAIL CUST ABUSE #6723 6801803 |
| 082 | 004B04A210 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6724 | 29-Nov-2006 | PO2029032 | WF20331884 | DETAIL CUST ABUSE #6724 2708875 |
| 082 | 004B04A210 | 5105410 | | 230.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6725 | 29-Nov-2006 | PO2029534 | WF20331888 | DETAIL & REPAIRS CUST ABUSE #6725 2157433 |
| 082 | 004B04A210 | 5105410 | | 50.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6734 | 30-Nov-2006 | PO2029534 | WF20331889 | REPAIR #6734 5962143 |
| 082 | 004B04A210 | 5105410 | | 165.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6739 | 30-Nov-2006 | PO2029534 | WF20331890 | DETAIL & REPAIR CUST ABUSE #6739 7161685 |
| 082 | 004B04A210 | 5105410 | | 225.00 | ONLY UPHOLSTERY | 31-Jan-2007 | 6747 | 03-Dec-2006 | PO2030409 | WF20353791 | DETAIL CUST ABUSE #6747 3192593 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 002 | 004B0AA210 | 5105/410 | 195.00 | ONLY UPHOLSTERY | 31-Mar-2007 | 7406 | PO2065069 | WF20613207 | #7408 DTL MONT.ANAV12257S |
| 002 | 004B0AA210 | 5105/410 | 205.00 | ONLY UPHOLSTERY | 31-Mar-2007 | 7409 | PO2065047 | WF20605092 | #7409 DTL ESCAPE17501601 |
| 002 | 004B0AA210 | 5105/410 | 120.00 | ONLY UPHOLSTERY | 31-Mar-2007 | 7410 | PO2065009 | WF20613205 | #7410 RPRS G PRIOIAP4Y7322 |
| 002 | 004B0AA210 | 5106/410 | 190.00 | ONLY UPHOLSTERY | 31-Mar-2007 | 7415 | PO2065069 | WF20613255 | #7415 RPRS 300G71007130 |
| 002 | 004B0AA210 | 5105/410 | 225.00 | ONLY UPHOLSTERY | 31-Mar-2007 | 7417 | PO2059978 | WF20613224 | #7417 REPAIRS MAPALAF0595718 |
| 002 | 004B0AA210 | 5105/410 | 195.00 | ONLY UPHOLSTERY | 13-Mar-2007 | 7418 | PO2059976 | WF20613225 | #7418 DTL PT CRUISER2P495688 |
| 002 | 004B0AA210 | 5105/410 | 195.00 | ONLY UPHOLSTERY | 13-Mar-2007 | 7419 | PO2059975 | WF20613223 | #7419 DTL PT CRUISER2P471915 |
| 002 | 004B0AA210 | 5105/410 | 173.00 | ONLY UPHOLSTERY | 14-Mar-2007 | 7420 | PO2059970 | WF20620092 | #7420 DTL IMPALAF9889091 |
| 002 | 004B0AA210 | 5105/410 | 185.00 | ONLY UPHOLSTERY | 14-Mar-2007 | 7421 | PO2059578 | WF20620094 | #7421 DTL G8RR9B6315 |
| 002 | 004B0AA210 | 5105/410 | 195.00 | ONLY UPHOLSTERY | 14-Mar-2007 | 7429 | PO2069568 | WF20620092 | #7429 DTL COROLLY6Y75506 |
| 002 | 004B0AA210 | 5105/410 | 185.00 | ONLY UPHOLSTERY | 14-Mar-2007 | 7430 | PO2065070 | WF20620092 | #7430 DTL MALIBU12P18741 |
| 002 | 004B0AA210 | 5105/410 | 225.00 | ONLY UPHOLSTERY | 15-Mar-2007 | 7431 | PO2065070 | WF20620093 | #7431 DTL CHARGE8R07530?? |
| 002 | 004B0AA210 | 5105/410 | 225.00 | ONLY UPHOLSTERY | 15-Mar-2007 | 7432 | PO2065069 | WF20620285 | #7432 DTL MAPALAF5888482 |
| 002 | 004B0AA210 | 5105/410 | 185.00 | ONLY UPHOLSTERY | 15-Mar-2007 | 7433 | PO2065069 | WF20620285 | #7433 DTL MAPALAF5895982 |
| 002 | 004B0AA210 | 5105/410 | 225.00 | ONLY UPHOLSTERY | 13-Mar-2007 | 7455 | PO2065069 | WF20626285 | #7455 DTL MAPALAF5884493 |
| 002 | 002?002002 | 5105/410 | 225.00 | ONLY UPHOLSTERY | 18-Mar-2007 | 7435 | PO2065132 | WF20626550 | #7435 DTL IMPALAF9984044 |
| 003 | 002?002002 | 5105/411 | 225.00 | ONLY UPHOLSTERY | 28-Mar-2007 | 7457 | PO2064745 | WF20626091 | #7457 DTL MAPALA0984044 |
| 003 | 004B0AA210 | 5105/412 | 180.00 | ONLY UPHOLSTERY | 18-Mar-2007 | 7980 | PO2064745 | WF20620825 | #7980 REPAIR TOWN CAR8R077558 |
| 003 | 004B0AA210 | 5105/410 | 185.00 | ONLY UPHOLSTERY | 18-Mar-2007 | 7981 | | NULL | NULL |
| 003 | 004B0AA210 | 5105/412 | 560.00 | ONLY UPHOLSTERY | 12-Mar-2007 | 7413 | PO2060918 | WF20620518 | #7413 DTL ESCAPE7437DA |
| 002 | 004B0AA210 | 5105/412 | 458.00 | ONLY UPHOLSTERY | 28-Mar-2007 | 7428 | PO2060918 | WF20620518 | #7428 REPAIR TOWN CAR9R077558 |
| 002 | 004B0AA210 | 5105/412 | 850.00 | ONLY UPHOLSTERY | 12-Mar-2007 | 7429 | 7255T4 | NULL | #7429 DTL MAPALAF5431207 |
| 002 | 004B0AA210 | 5105/410 | 650.00 | ONLY UPHOLSTERY | 14-Mar-2007 | 7426 | 7255T4 | NULL | #7426 DTL IMPALAF5472354 |
| 002 | 004B0AA210 | 5105/410 | 175.00 | ONLY UPHOLSTERY | 17-Mar-2007 | 7388 | 7255T4 | NULL | #7388 DTL LUCERNE9504735A |
| 002 | 004B0AA210 | 5105/410 | 175.00 | ONLY UPHOLSTERY | 14-Mar-2007 | 7414 | 540372 | NULL | #7414 DTL XL72068412 |
| 002 | 004B0AA210 | 5105/410 | 165.00 | ONLY UPHOLSTERY | 30-May-2007 | 6732 | PO2051891 | WF20011217 | DETAIL CUST ABUSE #6732 756572 |
| 002 | 004B0AA210 | 5105/418 | 225.00 | ONLY UPHOLSTERY | 24-Feb-2007 | 7212 | PO2049820 | WF20609133 | #7212 DTL KO961711154 |
| 002 | 004B0AA210 | 5105/410 | 225.00 | ONLY UPHOLSTERY | 24-Feb-2007 | 7377 | PO2055221 | WF20606407 | #7377 REPAIRS AURIA8143471 |
| JIO | 004B0197JO | 5105/410 | 198.00 | ONLY UPHOLSTERY | 05-Mar-2007 | 7284 | PO2055693 | WF20600213 | #7284 REPAIRS IMPALAF5P56892 |
| 002 | 004B0197JO | 5105/410 | 210.00 | ONLY UPHOLSTERY | 01-Mar-2007 | 7352 | PO2064749 | WF20600727 | #7352 DTL IMPALAF5988888 |
| 002 | 004B0197JO | 5105/410 | 180.00 | ONLY UPHOLSTERY | 07-Mar-2007 | 7995 | PO2055880 | WF20600752 | #7995 DTL MALIBU12031195 |
| 002 | 004B0197JO | 5105/410 | 160.00 | ONLY UPHOLSTERY | 23-Feb-2007 | 7512 | PO2064748 | WF20600682 | #7512 REPAIRS MALIBU2031195 |
| 002 | 004B0197JO | 5105/410 | 225.00 | ONLY UPHOLSTERY | 07-Mar-2007 | 7319 | PO2056128 | WF20600680 | #7319 DTL MAPALAF5889800 |
| 002 | 004B0AA210 | 5105/410 | 225.00 | ONLY UPHOLSTERY | 03-Mar-2007 | 7320 | PO2057749 | WF20609738 | #7320 DTL ESCAPE7115721 |
| 002 | 004B0AA210 | 5105/410 | 176.00 | ONLY UPHOLSTERY | 03-Mar-2007 | 7249 | PO2057249 | WF20609753 | #7249 DTL XL72410140 |
| 002 | 004B0AA210 | 5105/410 | 195.00 | ONLY UPHOLSTERY | 01-Mar-2007 | 7320 | PO2055821 | WF20605021 | #7320 DTL G8R287362 |
| 002 | 004B0AA210 | 5105/410 | 225.00 | ONLY UPHOLSTERY | 25-Feb-2007 | 7354 | PO2055668 | WF20609509 | #7354 DTL HH9IGT4386 |
| 002 | 004B0AA210 | 5106/410 | 225.00 | ONLY UPHOLSTERY | 28-Feb-2007 | 7000671 | PO2055485 | WF20609309 | #7337 DTL DT5A430442 |
| 002 | 004B0AA210 | 5105/410 | 185.00 | ONLY UPHOLSTERY | 01-Mar-2007 | PO2065668 | WF20596647 | #7433 DTL ION7H41754 |
| 002 | 004B0AA210 | 5105/410 | 185.00 | ONLY UPHOLSTERY | 01-Mar-2007 | PO2055407 | WF20606407 | #7546 DTL XL72419273 |
| 002 | 004B0AA210 | 5105/410 | 225.00 | ONLY UPHOLSTERY | 24-Feb-2007 | PO2057740 | WF20606129 | #7548 DTL XL72410747 |
| 002 | 004B0AA210 | 5105/410 | 178.00 | ONLY UPHOLSTERY | 19-Mar-2007 | PO2064766 | WF20600735 | #7368 DTL XL72419273 |
| 002 | 004B0AA210 | 5105/410 | 175.00 | ONLY UPHOLSTERY | 19-Mar-2007 | PO2064765 | WF20600735 | #7368 DTL MAPALAF45600?? |
| 002 | 004B0AA210 | 5105/410 | 175.00 | ONLY UPHOLSTERY | 03-Mar-2007 | PO2057000 | WF20600741 | #7372 DTL MAPALAF4570218 |
| 002 | 2225.00 | 5105/410 | 175.00 | ONLY UPHOLSTERY | 03-Mar-2007 | PO2057000 | WF20600742 | #7373 DTL MAPALAF4585500 |
| 002 | 2225.00 | 5105/410 | 225.00 | ONLY UPHOLSTERY | 06-Mar-2007 | PO2055637 | WF20600731 | #7373 DTL HHRA7890354 |
| 002 | | 5105/410 | 140.00 | ONLY UPHOLSTERY | 07-Mar-2007 | | | #7383 REPAIRS SEDONA9873452 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 002 | 00400A4CW0 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7802 |
| 002 | 00400A4SM0 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7804 |
| 002 | 00400A4210 | 5105410 | 700.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 8310 |
| 002 | 00400A4210 | 5105410 | 175.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 8311 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 8317 |
| 002 | 00400A4210 | 5105410 | 175.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 8319 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 8320 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 8321 |
| 002 | 00400A4210 | 5105410 | 185.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 8322 |
| 002 | 00400A4210 | 5105410 | 125.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 8325 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 8327 |
| 002 | 00400A4210 | 5105410 | 90.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 8328 |
| 002 | 00400A4210 | 5105410 | 120.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 8522 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7174 |
| 002 | 00400A4210 | 5105410 | 185.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7321 |
| 002 | 00400A4210 | 5105410 | 195.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7454 |
| 002 | 00400A4210 | 5105410 | 195.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7459 |
| 002 | 00400A4210 | 5105410 | 195.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7468 |
| 002 | 00400A4210 | 5105410 | 95.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7471 |
| 002 | 00400A4210 | 5105410 | 195.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7402 |
| 002 | 00400A4210 | 5105410 | 210.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7486 |
| 002 | 00400A4210 | 5105410 | 175.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7487 |
| 002 | 00400A4210 | 5105410 | 195.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7483 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7487 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7498 |
| 002 | 00400A4210 | 5105410 | 230.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7495 |
| 002 | 00400A4210 | 5105410 | 195.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7498 |
| 002 | 00400A4210 | 5105410 | 180.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7499 |
| 002 | 00400A4210 | 5105410 | 195.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7497 |
| 002 | 00400A4210 | 5105410 | 95.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7517 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7516 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7512 |
| 002 | 00400A4210 | 5105410 | 235.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7518 |
| 002 | 00400A4210 | 5105410 | 135.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7538 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7515 |
| 002 | 00400A4210 | 5105410 | 185.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7516 |
| 002 | 00400A4210 | 5105410 | 180.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7549 |
| 002 | 00400A4210 | 5105410 | 175.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7548 |
| 002 | 00400A4210 | 5105410 | 185.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7561 |
| 002 | 00400A4210 | 5105410 | 166.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7561 |
| 002 | 00400A4210 | 5105410 | 140.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7555 |
| 002 | 00400A4210 | 5105410 | 186.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7555 |
| 002 | 00400A4210 | 5105410 | 150.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7565 |
| 002 | 00400A4210 | 5105410 | 185.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7565 |
| 002 | 00400A4210 | 5105410 | 185.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7570 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7573 |
| 002 | 00400A4210 | 5105410 | 148.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7573 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7579 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7591 |
| 002 | 00400A4210 | 5105410 | 225.00 | ONLY UPHOLSTERY | 30-Apr-2007 | 7982 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 002 | 00400147N0 | 5105410 | 145.00 | ONLY UPHOLSTERY | 16-Oct-2007 | 08891 | 02-Oct-2007 | NULL | 21312854 | #08891 DTL ECLIPSE/6470433 |
| 002 | 00400147V0 | 5105410 | 185.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08922 | 02-Oct-2007 | NULL | 21312860 | #08922 DTL CCARAVAN/8A43098 |
| 002 | 004001470D | 5105410 | 125.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08888 | 30-Sep-2007 | NULL | 21312777 | #08811 DTL CAMRY/JIS/9705600 |
| 002 | 004001470 | 5105410 | 141.00 | ONLY UPHOLSTERY | 16-Oct-2007 | 08849 | 02-Oct-2007 | NULL | 21312859 | #08888 DTL COBALT/27691-10 |
| 002 | 00400197N0 | 5105410 | 125.00 | ONLY UPHOLSTERY | 16-Oct-2007 | 08972 | 02-Oct-2007 | NULL | 21312840 | #08872 DTL KZN82/82024 |
| 002 | 00400197R0 | 5105410 | 165.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08890 | 03-Oct-2007 | NULL | 21312842 | #08890 REPAIRS MLJN/7169293 |
| 002 | 00A00AA210 | 5105410 | 165.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08878 | 04-Oct-2007 | NULL | 21312842 | #08879 REPAIRS MALIBU/089383 |
| 002 | 00A00AA210 | 5105410 | 145.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08874 | 01-Oct-2007 | NULL | 21312224 | #08873 DTL HHR/SS/0221 |
| 002 | 00A00AA210 | 5105410 | 125.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08871 | 01-Oct-2007 | NULL | 21312775 | #08880 DTL SANTA FE/3685724 |
| 002 | 00A00AA210 | 5105410 | 145.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08880 | 01-Oct-2007 | NULL | 21312730 | #08880 DTL IMPALA/6051470 |
| 002 | 00A00AA210 | 5105410 | 124.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08887 | 03-Oct-2007 | NULL | 21312731 | #08811 DTL HHR/6030804 |
| 002 | 00A00AA210 | 5105410 | 190.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08861 | 02-Oct-2007 | NULL | 21312721 | #08811 DTL HHR/9023123 |
| 002 | 00A00AA210 | 5105410 | 185.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08860 | 02-Oct-2007 | NULL | 21312730 | #08810 DTL XL7/9021229 |
| 002 | 00A00AA210 | 5105410 | 145.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08814 | 09-Oct-2007 | NULL | 21312651 | #08818 DTL MALIBU/6923112 |
| 002 | 00A00AA210 | 5105410 | 105.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08827 | 04-Oct-2007 | NULL | 21312652 | #08810 DTL MAGNUM/831738 |
| 002 | 00A00AA210 | 5105410 | 165.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08826 | 03-Oct-2007 | NULL | 21312652 | #08826 DTL UPLANDER/0203270 |
| 002 | 00A00AA210 | 5105410 | 145.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08914 | 03-Oct-2007 | NULL | 21312681 | #08811 DTL HR/PS LACROSSE/5204980 |
| 002 | 00A00AA210 | 5105410 | 166.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08918 | 04-Oct-2007 | NULL | 21312655 | #08811 DTL HR/PS AVEO/225518 |
| 002 | 00A00AA210 | 5105410 | 145.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08911 | 06-Oct-2007 | NULL | 21312639 | #08849 DTL FORESTER/906918 |
| 002 | 00A00AA210 | 5105410 | 180.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08852 | 06-Oct-2007 | NULL | 21312660 | #08852 DTL EXPEDITION/7728630 |
| 002 | 00A00AA210 | 5105410 | 125.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08882 | 09-Oct-2007 | NULL | 21312639 | #08842 DTL ELANTRA/1831233 |
| 002 | 00A00AA210 | 5105410 | 125.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08832 | 08-Oct-2007 | NULL | 21312680 | #08842 DTL ELANTRA/0004441 |
| 002 | 00A00AA210 | 5105410 | 145.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08854 | 09-Oct-2007 | NULL | 21312319 | #08887 DTL GRZ4/415313 |
| 002 | 00A00AA210 | 5105410 | 195.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08877 | 11-Oct-2007 | NULL | 21312355 | #08877 DTL ELANTRA/884744 |
| 002 | 00A00AA210 | 5105410 | 195.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08873 | 11-Oct-2007 | NULL | 21312400 | #08873 DTL FUSION/770835 |
| 002 | 00A00AA210 | 5105410 | 125.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08859 | 07-Oct-2007 | NULL | 21312875 | #08859 DTL HHR/9625405624 |
| 002 | 00A00AA210 | 5105410 | 145.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08848 | 11-Oct-2007 | NULL | 21312399 | #08848 DTL HHR/9625435 |
| 002 | 00A00AA210 | 5105410 | 125.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08805 | 11-Oct-2007 | NULL | 21312405 | #08805 DTL MALIBU/1584478 |
| 002 | 00A00AA210 | 5105410 | 125.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08804 | 11-Oct-2007 | NULL | 21312403 | #08804 DTL MUSTANG/45726 |
| 002 | 00A00J7D22 | 5105410 | 185.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08868 | 08-Oct-2007 | NULL | 21312671 | #08826 DTL SEBRING/42783725 |
| 002 | 00A00J7888 | 5105410 | 125.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08865 | 07-Oct-2007 | NULL | 21312677 | #08860 DTL HHR/DN/2441 |
| 002 | 00A00AA240 | 5105412 | 125.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08865 | 22-Sep-2007 | NULL | 21312715 | #08800 DTL BLAZER/2006465 |
| 002 | 00A04A2220 | 5105412 | 660.00 | ONLY UPHOLSTERY | 18-Oct-3000 | 08871 | 07-Sep-2007 | 729469 | NULL | M&D PACKAGE |
| 082 | 00A0B0187D | 5105410 | 145.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08600 | 07-Sep-2007 | NULL | 21312200 | #08650 DTL MPA/ELC/6105101 |
| 002 | 00A0B0187D | 5105410 | 126.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08601 | 01-Oct-2007 | NULL | 21312230 | #08661 DTL EL.ANTRA/1914233 |
| 002 | 00A001187D | 5105410 | 165.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08887 | 02-Oct-2007 | NULL | 21312557 | #08880 DTL SANTA FE/2994185 |
| 002 | 00A00197D0 | 5105410 | 165.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08887 | 02-Oct-2007 | NULL | 21312399 | #08887 DTL SANTA FE/268084 |
| 002 | 00A0BAA210 | 5105410 | 140.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08871 | 03-Oct-2007 | NULL | 21313203 | #08871 REPAIRS IMPALA/7022311 |
| 002 | 00A0BAA210 | 5105410 | 125.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08873 | 04-Oct-2007 | NULL | 21312726 | #08873 DTL FOCUS/022511 |
| 002 | 00A0BAA210 | 5105410 | 125.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08865 | 04-Oct-2007 | NULL | 21312729 | #08806 DTL EXPRESS/2694165 |
| 002 | 00A0BAA210 | 5105410 | 165.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08868 | 02-Oct-2007 | NULL | 21313206 | #08868 DTL IMPALA/06066 |
| 002 | 00A0BAA210 | 5105410 | 145.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08867 | 02-Oct-2007 | NULL | 21312445 | #08867 DTL IMPALA/9096 |
| 082 | 00A0BAA210 | 5105410 | 125.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08855 | 03-Oct-2007 | NULL | 21312646 | #08806 IMPALA/ELS/9501 |
| 082 | 00A0BAA210 | 5105410 | 145.00 | ONLY UPHOLSTERY | 18-Oct-2007 | 08805 | 03-Oct-2007 | NULL | 21313207 | #08806 DTL ESCAPE/8724542 |

**EXHIBIT B**

**EXHIBIT B**

1   WILLIAM P. DONOVAN, JR., (Bar No. 155881)
    **DLA PIPER US LLP**
2   1999 Avenue of the Stars, Suite 400
    Los Angeles, CA 90067-6023
3   Tel: 310.595.3000
    Fax: 310.595.3300
4
    STEPHEN CHIARI (Bar No. 221410)
5   **DLA PIPER US LLP**
    153 Townsend Street, Suite 800
6   San Francisco, CA 94107-1957
    Tel: 415.836.2500
7   Fax: 415.836.2501

8   Attorneys for Defendants
    RUBEN AGUALLO and PAUL GREGORIO
9



ENDORSED

2008 JUN 25 P 1: 24

A. Ilas
KIRI TORRE CLERK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA CALIFORNIA
BY_____
                        DEPUTY CLERK

10                  SUPERIOR COURT OF CALIFORNIA

11                     COUNTY OF SANTA CLARA

12

13   JOSE VALADEZ, BABITA VALADEZ,        CASE NO.  1 08 CV 113530

14              Plaintiffs,              **ANSWER TO COMPLAINT**

15        v.

16   RUBEN AGUALLO, PAUL GREGORIO,
     DOES 1 through 10,
17
                Defendants.
18

19        Defendants Ruben Aguallo and Paul Gregrorio (collectively "Defendants") answer the

20   unverified complaint of Jose Valadez and Babita Valadez (collectively "Plaintiffs") as follows:

21                          **GENERAL DENIAL**

22        Pursuant to California Code of Civil Procedure § 431.30(d), Defendants deny, generally

23   and specifically, each and every material allegation of the Complaint and deny that Plaintiffs have

24   been damaged in any sum, or at all, through any act or omission of Defendants.

25                   **SEPARATE AFFIRMATIVE DEFENSES**

26        Further answering the Complaint, Defendants allege and assert based on information and

27   belief the following defenses:

28

DLA PIPER US LLP     WEST\21454409.1
   LOS ANGELES

                                                          ANSWER TO COMPLAINT

**FIRST AFFIRMATIVE DEFENSE**

**(Failure To State A Cause Of Action)**

Neither the Complaint nor any purported cause of action alleged therein states facts sufficient to constitute a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Laches)**

The Complaint is barred, in whole or in part, by the doctrine of laches because Plaintiffs delayed an unreasonable period of time before bringing this action. Defendants have suffered detriment and prejudice as a result of this delay.

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

The Complaint and each and every purported cause of action contained therein, is barred by the applicable statute of limitations.

**FOURTH AFFIRMATIVE DEFENSE**

**(Reasonableness And Good Faith)**

Defendants and their agents acted reasonably and in good faith at all times material herein, based on all relevant facts and circumstances known by them at the time they so acted. Accordingly, Plaintiffs are barred from any recovery in this action.

**FIFTH AFFIRMATIVE DEFENSE**

**(Consent)**

Plaintiffs consented to and ratified the acts alleged in the Complaint and, therefore, Plaintiffs are not entitled to the relief requested against Defendants.

**SIXTH AFFIRMATIVE DEFENSE**

**(Ratification)**

Plaintiffs are precluded from pursuing their Complaint and each purported cause of action therein because they failed to act upon the knowledge available to them, thereby ratifying the conduct of Defendants complained of herein.

1    **SEVENTH AFFIRMATIVE DEFENSE**

2    **(Estoppel)**

3    Plaintiffs' claims against Defendants are barred by the principal of estoppel.

4    **EIGHTH AFFIRMATIVE DEFENSE**

5    **(Unclean Hands)**

6    Plaintiffs are barred from maintaining the Complaint and each purported cause of action

7    therein as a result of their unclean hands with respect to the events upon which the Complaint and

8    purported causes of action allegedly are based.

9    **NINTH AFFIRMATIVE DEFENSE**

10    **(Waiver)**

11    Plaintiffs have waived whatever rights they may have had to assert the purported claims

12    contained in the Complaint and each purported cause of action thereof against Defendants.

13    **TENTH AFFIRMATIVE DEFENSE**

14    **(No Extreme or Outrageous Conduct)**

15    Plaintiffs' Complaint, and the purported causes of action alleged therein, fail to allege

16    facts sufficient to constitute extreme or outrageous conduct, and therefore fail to support a claim

17    for emotional distress damages.

18    **ELEVENTH AFFIRMATIVE DEFENSE**

19    **(No Malice, Oppression or Fraud)**

20    Plaintiffs' Complaint, and the purported causes of action alleged therein, fail to allege

21    facts sufficient to warrant the imposition of punitive damages against Defendants.

22    **TWELFTH AFFIRMATIVE DEFENSE**

23    **(No Punitive Damages)**

24    The Complaint and each purported cause of action alleged therein fail to allege facts

25    sufficient to allow recovery of punitive or exemplary damages from Defendants.

26

27

28

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Excessive Penalty)

The claims for disgorgement, restitution, damages, and any other monetary relief are precluded because such recovery would constitute an excessive penalty and forfeiture in violation of Defendants' Eighth Amendment and federal and California due process rights, applicable statutory provisions, and rules of equity, among other things.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Unconstitutional Damages)

Plaintiffs' Complaint, to the extent that it seeks punitive or exemplary damages, violates the rights of Defendants to procedural due process under the Fourteenth Amendment to the United States Constitution and under the Constitution of the State of California and, therefore, fails to state a cause of action upon which punitive or exemplary damages may be awarded.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Failure To Mitigate Damages)

If Plaintiffs suffered any damages as a result of the facts alleged in their Complaint, which Defendants deny, Plaintiffs are not entitled to recover the amount of damages alleged or any damages due to their failure to make reasonable efforts to mitigate or minimize the damages incurred.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (After-Acquired Evidence)

If Plaintiffs suffered any loss, damage or detriment as a result of the facts alleged in the Complaint, which Defendants deny, such loss, damage or detriment is limited or barred by the existence of evidence acquired after the termination of Plaintiffs' independent contractor status that bars or limits the remedial relief to which Plaintiffs may have been entitled in the absence of such after-acquired evidence.

1

## SEVENTEENTH AFFIRMATIVE DEFENSE

2

### (Illegality)

3    The Complaint and each and every cause of action therein are based on the illegal

4    activities and conduct of Plaintiffs and are therefore barred.

5

## EIGHTEENTH AFFIRMATIVE DEFENSE

6

### (*In Pari Delicto*)

7    The Complaint, and each cause of action contained therein, are barred as a result of the

8    fault or conduct of the Plaintiffs and their agents.

9

## NINETEENTH AFFIRMATIVE DEFENSE

10

### (No Enterprise)

11    The Complaint and each of cause of action contained therein fails because there is no

12    cognizable enterprise to support the predicate RICO claim.

13

## TWENTIETH AFFIRMATIVE DEFENSE

14

### (Statute of Frauds)

15    The Complaint and each and every cause of action therein is barred by the Statute of

16    Frauds.

17

## TWENTY-FIRST AFFIRMATIVE DEFENSE

18

### (Acts of Others)

19    Plaintiffs' alleged injuries and damages, as alleged in the Complaint, were and/or are

20    directly and proximately caused by the acts, omissions and/or negligence of Plaintiffs or person(s)

21    and/or entities other than Defendants.  Defendants had no knowledge of or control over Plaintiffs

22    or those other person(s) and/or entities, and their conduct constitutes an intervening and

23    superseding cause of the alleged injuries and damages set forth in the Complaint.

24

## TWENTY-SECOND AFFIRMATIVE DEFENSE

25

### (No Duty)

26    The Complaint is barred because Defendants violated no legal duty to Plaintiffs.

27

28

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Unenforceable Obligation)

The Complaint is barred because any agreements alleged by Plaintiffs with Defendants, or any of them, are unenforceable and fail for lack of consideration.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Right to Amend)

Defendants hereby give notice that they intend to rely upon such other and further affirmative defenses as may become available during discovery in this action and reserve the right to amend its Answer to assert any such defenses.

WHEREFORE, Defendants pray for judgment against Plaintiffs as follows:

1.    That Plaintiffs take nothing by way of the Complaint;

2.    That Defendants be awarded judgment of dismissal;

3.    That Defendants be awarded costs of suit herein; and

4.    For such other and further relief as the Court deems just and proper.

Dated: June 25, 2008                    DLA PIPER US LLP


By _____
   WILLIAM P. DONOVAN, JR.
   STEPHEN CHIARI
   Attorneys for Defendants
   RUBEN AGUALLO and PAUL GREGORIO

1

## PROOF OF SERVICE

2    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800,

3    San Francisco, California 94107-1957. On June 25, 2008, I served the within documents:

**ENDORSED**

4    **ANSWER TO COMPLAINT**

2008 JUN 25 P 1: 24

5    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

6

THE SUPERIOR COURT
COUNTY OF SANTA CLARA, CALIFORNIA
BY:_____
DEPUTY CLERK

7    ☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

8

9    ☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

10

11    Blaine L. Fields          *Attorney for Plaintiffs*
      333 West San Carlos, 8th Floor
      San Jose, CA 95110
12    Tel: (408) 279-3600

13

14    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

15    day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

16    meter date is more than one day after date of deposit for mailing in affidavit.

17    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

18    Executed on June 25, 2008, at San Francisco, California.

19

20

21    *Judith A. Fazackerley*
      Judith A. Fazackerley

22

23

24

25

26

27

28