BLAINE L. FIELDS, SBN 65781
333 WEST SAN CARLOS
8TH FLOOR
SAN JOSE, CALIFORNIA 95110
(408) 279-3600

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| JOSE VALADEZ, BABITA VALADEZ, | Case No. C 08-03100 HRL |
|---|---|
| Plaintiffs, | PLAINTIFF'S DEMAND FOR JURY TRIAL |
| vs. | |
| RUBEN AGUALLO, PAUL GREGORIO, | |
| Defendants. | |

Plaintiffs Jose and Babita Valadez hereby demand trial by jury in this action.

DATED: 30 June 2008                    LAW OFFICES OF BLAINE L. FIELDS

                                       _____
                                       BLAINE L. FIELDS
                                       Attorney for Plaintiffs

Plaintiff's Demand for Jury Trial                                Page 1