BLAINE L. FIELDS, SBN 65781
333 WEST SAN CARLOS
8ᵀᴴ FLOOR
SAN JOSE, CALIFORNIA 95110
(408) 279-3600

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALADEZ, BABITA VALADEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>RUBEN AGUALLO, PAUL GREGORIO,<br><br>Defendants. | Case No.  C 08-03100 HRL<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Plaintiffs Jose and Babita Valadez hereby decline to consent to the assignment of this case to a United· States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

DATED: 7 August 2008                    LAW OFFICES OF BLAINE L. FIELDS

_____
BLAINE L. FIELDS
Attorney for Plaintiffs