UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jose Valadez, Babita Valadez,<br><br>    Plaintiffs,<br><br>  v.<br><br>Ruben Aguallo, Paul Gregorio,<br><br>    Defendants.<br>_____/ | No. C08-03100<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 14, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **October 17, 2008 at 10:00 a.m.**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on October 10, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: August 8, 2008                               RICHARD W. WIEKING, Clerk
                                                                       United States District Court

                                                                     /s/*Patty Cromwell*
                                                                     By: Patty Cromwell
                                                                     Courtroom Deputy Clerk for
                                                                     Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3  Blaine L. Fields    blaine.fields@sbcglobal.net
4  Stephen Andrew Chiari    stephen.chiari@dlapiper.com, judith.fazackerley@dlapiper.com
5  William P. Donovan , Jr    william.donovan@dlapiper.com

**United States District Court**
For the Northern District of California