**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALADEZ,<br><br>      Plaintiff(s),<br><br>  v.<br><br>RUBEN AGUALLO,<br><br>      Defendant(s).<br>_____/ | No. C 08-03100 JW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for October 17, 2008 at 10:00 AM has been reset to **October 27, 2008 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management statement by **October 17, 2008.**

Dated: August 11, 2008

                                                        FOR THE COURT,
                                                        Richard W. Wieking, Clerk

                                                     by: _____/s/_____
                                                             Elizabeth Garcia
                                                              Courtroom Deputy