DOV M. GRUNSCHLAG [SBN 42040]
MICHELLE Q. CARTER [SBN 184005]
CARTER, CARTER FRIES & GRUNSCHLAG
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Phone: (415) 989-4800
Fax: (415) 989-4864
Email: dgrunschlag@carterfries.com

Attorneys for Defendants
RUBEN AGUALLO & PAUL GREGORIO

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE VALADEZ, ET AL,, | Case No. C 08-03100 JW (HRL) |
| Plaintiff, | |
| vs. | STIPULATION & [~~PROPOSED~~] ORDER RE-SETTING CASE MANAGEMENT CONFERENCE & RELATED DEADLINES |
| RUBEN AGUALLO, ET AL. | |
| Defendants. | |

This matter is currently set for a Case Management Conference on October 27, 2008 at 10:00 a.m. in Courtroom 8 of the above-entitled Court. The Defendants have just retained new counsel, who needs time to become familiar with the case. The parties and their counsel therefore believe it would be in the interests of the parties and of judicial efficiency and economy to re-set the Case Management Conference and affiliated deadlines to a later date.

Therefore, the parties hereby jointly stipulate and request that the Case Management Conference in this matter be re-set for December 1, 2008 at 10:00 a.m., or as soon thereafter as the matter may be heard. The parties further jointly request and stipulate that the deadline for the Joint Case Management Statement and all other F.R.C.P. 26 and ADR deadlines be re-set to coincide with the new Case Management Conference date.

IT IS SO STIPULATED.

1

1 | Dated: 30 Sept. 08

_____
Blaine L. Fields
Attorney for Plaintiffs

4 | Dated: September 29, 2008

_____
Dov M. Grunschlag
Attorney for Defendants

WITH GOOD CAUSE SHOWN, the Case Management Conference is hereby re-set for December 1, 2008 at 10:00 a.m. in Courtroom 8 of the above-entitled Court.

The following deadlines are also hereby re-set to the following dates:

1. November 10, 2008: Last day to (a) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; (b) file ADR Certification signed by Parties and Counsel; (c) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

2. November 24, 2008: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the San Jose General Standing Order Regarding Case Management in Civil Cases.

IT IS SO ORDERED.

Dated: October 8, 2008

_____
The Hon. James Ware
Judge, U.S. District Court
Northern District of California

2

STIPULATION RE-SETTING CMC
Case No. C 08-03100 JW (HRL)