|   |   |
|---|---|
| 1 | DOV M. GRUNSCHLAG [SBN 42040] |
| 2 | MICHELLE Q. CARTER [SBN 184005]<br>CARTER, CARTER FRIES & GRUNSCHLAG |
| 3 | 44 Montgomery Street, Suite 2500<br>San Francisco, CA 94104 |
| 4 | Phone:  (415) 989-4800<br>Fax:  (415) 989-4864 |
| 5 | Email: dgrunschlag@carterfries.com |
| 6 | Attorneys for Defendants<br>RUBEN AGUALLO & PAUL GREGORIO |

**\*E-FILED 6/5/2009\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOSE VALADEZ, ET AL,, | ) | Case No. C 08-03100 JW (HRL) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION & [~~PROPOSED~~] ORDER CONTINUING HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| RUBEN AGUALLO, ET AL. | ) | |
| Defendants. | ) | |

This Plaintiffs' Motion to Compel Production of Documents in this matter is currently set for hearing on June 30, 2009 at 10:00 a.m. in Courtroom 2 of the above-entitled Court.  The parties wish to continue the hearing on this Motion to a later date.

Therefore, the parties hereby jointly stipulate and request that the hearing on the Motion be re-set for July 7, 2009 at 10:00 a.m., or as soon thereafter as the matter may be heard.

IT IS SO STIPULATED.

Dated: June 3, 2009            By:      /s/Blaine L. Fields                          .
                                         Blaine L. Fields
                                         Attorney for Plaintiffs

Dated: June 3, 2009            By:      /s/Dov M. Grunschlag                     .
                                         Dov M. Grunschlag
                                         Attorney for Defendants

I, Dov M. Grunschlag, by e-filing this document, do hereby attest that concurrence in the filing of this stipulation has been obtained from Blaine L. Fields, the other signatory hereto.

1

---

STIPULATION CONTINUING HEARING ON MOTION TO COMPEL
Case No. C 08-03100 JW (HRL)

PURSUANT TO STIPULATION,

1. The Plaintiffs' Motion to Compel Production of Documents is hereby re-set for July 7, 2009 at 10:00 a.m. in Courtroom 2 of the above-entitled Court.

IT IS SO ORDERED.

Dated: June 5, 2009

_____
The Hon. Howard R. Lloyd
Magistrate Judge, U.S. District Court
Northern District of California