**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Jose Valadez, et al., | No. C 08-03100 JW |
|---|---|
| Plaintiffs, | **ORDER MODIFYING TRIAL SCHEDULE** |
| v. | |
| Ruben Aguallo, et al., | |
| Defendants. | |

In light of the Court's own unavailability, the Court modifies the current trial schedule as follows:

**TRIAL SCHEDULE**

| **Jury Selection** | September 15, 2009 at 1 p.m. |
|---|---|
| **Sessions 1-2**[1]<br>**Sessions 3-5** | September 16-17, 2009, 1 p.m. - 4 p.m.<br>September 22-24, 2009, 1 p.m. - 4 p.m. |
| **Argue & Submit** | September 25, 2009 at 1 p.m. |
| **Jury Deliberations** | September 29, 2009 and September 30, 2009 if necessary |

Dated: September 14, 2009

JAMES WARE
United States District Judge

---

[1] **Please note that there is still a possibility that the trial will be folded in with morning sessions, thus providing full-day for trial. However, the Court will not be able to determine that until its September 15, 2009 morning calendar. The parties are on notice that September 16-17 as well as the following week may be reset to full-day sessions.**

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blaine L. Fields blaine.fields@sbcglobal.net
Dov M. Grunschlag dgrunschlag@carterfries.com
Michelle Q. Carter michelle@carterfries.com
William P. Donovan william.donovan@dlapiper.com

**Dated: September 14, 2009**                     **Richard W. Wieking, Clerk**

                                                  **By:   /s/ JW Chambers
                                                         Elizabeth Garcia
                                                         Courtroom Deputy**

2