1  BLAINE L. FIELDS, SBN 65781
   333 WEST SAN CARLOS
2  8TH FLOOR
   SAN JOSE, CALIFORNIA 95110
3  (408) 279-3600

4  Attorney for Plaintiffs

IT IS SO ORDERED

*James Ware*

Judge James Ware

8            UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
9

10  JOSE VALADEZ, BABITA VALADEZ,          Case No.  C 08-03100 JW (HRL)

11                      Plaintiffs,        [PROPOSED] STIPULATED
                                           PROTECTIVE ORDER RE: CERTAIN
12  vs.                                    DOCUMENTS PRODUCED AT TRIAL

13
    RUBEN AGUALLO, PAUL GREGORIO,
14
                        Defendants.
15
    _____/
16

17        The parties by and through their respective counsel hereby stipulate and

18  agree that tax returns and property valuations produced by defendants at the trial

19  of this matter are produced "Highly Confidential – Attorneys' Eyes Only" as that

20  designation is defined in the Stipulated Protective Order filed in this matter as

21  Docket Number 61.  Plaintiffs' counsel shall receive such documents subject to

22  such protective status and be bound by the limitations and restrictions as set forth

23  in the filed Stipulated Protective Order.

24  //

25

26

27

28

Stipulated Protective Order Re: Certain Documents Produced at Trial                          Page 1

1       I, Blaine L. Fields, by e-filing and submitting this stipulation to the Court, do hereby

2   attest that agreement to the filing of this stipulation has been obtained from Dov Grunschlag.

3

4   DATED: 10 Sept. 2009        LAW OFFICES OF BLAINE L. FIELDS

5

                         /S/ BLAINE L. FIELDS

6                           _____

7                           BLAINE L. FIELDS
                         Attorney for Plaintiffs

8

9   DATED: 10 Sept. 2009        CARTER, CARTER FRIES & GRUNSCHLAG

10

                         /S/ DOV GRUNSCHLAG

11                          _____

12                          DOV GRUNSCHLAG
                         Attorney for Defendants

13

14

15          PURSUANT TO STIPULATION, IT IS SO ORDERED.

16  Dated: September 14, 2009         _____

17                          JAMES WARE
                        United States District Judge

18

19

20

21

22

23

24

25

26

27

28