IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Jose Valadez, et al., | No. C 08-03100 JW |
|---|---|
| Plaintiffs, | **SECOND ORDER MODIFYING TRIAL SCHEDULE** |
| v. | |
| Ruben Aguallo, et al., | |
| Defendants. | |

Having resolved its criminal matter, the Court now notifies the parties that the trial for this case is modified as follows:

**TRIAL SCHEDULE**

| **Jury Selection** | **September 15, 2009 at 1 p.m.** |
|---|---|
| **Sessions 1-4** | **September 16-17, 2009, 9 a.m. - 12 p.m. and 1 p.m. - 4 p.m.** |
| **Sessions 3-5** | **September 22-24, 2009, 1 p.m. - 4 p.m.** |
| **Argue & Submit** | **September 22, 2009 at 9 a.m.** |
| **Jury Deliberations** | **September 22-24, 2009 & 25 if necessary.** |

Dated: September 14, 2009

　　　　　　　　　　　　　　　　　　　　　　　
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blaine L. Fields blaine.fields@sbcglobal.net
Dov M. Grunschlag dgrunschlag@carterfries.com
Michelle Q. Carter michelle@carterfries.com
William P. Donovan william.donovan@dlapiper.com

**Dated: September 14, 2009**               **Richard W. Wieking, Clerk**

                                            **By:  /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California

2