**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jose Valadez et al, | NO. C 08-03100 JW |
|     Plaintiff(s), | **ORDER TO JURY COMMISSIONER** |
| v. | |
| Ruben Aguallo et al, | |
|     Defendant(s). | |

IT IS HEREBY ORDERED that the Jury Commissioner shall furnish morning refreshments and lunch in the above entitled matter at the expense of the United States District Court through Le Boulanger for the members of the jury during deliberations effective for September 21, 2009 through September 25, 2009.

Dated: September 17, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blaine L. Fields blaine.fields@sbcglobal.net
Dov M. Grunschlag dgrunschlag@carterfries.com
Michelle Q. Carter michelle@carterfries.com
William P. Donovan william.donovan@dlapiper.com

**Dated: September 17, 2009**               **Richard W. Wieking, Clerk**

                                            **By:     /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California