IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jose Valadez, et al., | NO. C 08-03100 JW |
| Plaintiffs, <br> v. | **ORDER OF REFERRAL TO MAGISTRATE JUDGE** |
| Ruben Aguallo, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, the Court REFERS Plaintiffs' Motion to Levy Community Property Assets[1] to a randomly assigned Magistrate Judge for resolution. The hearing noticed for **July 9, 2012** is vacated. Plaintiffs shall re-notice the Motion for hearing before the Magistrate Judge pursuant to the Civil Local Rules of Court and any standing orders or procedures of the Magistrate Judge upon assignment.

Dated: June 20, 2012

JAMES WARE
United States District Chief Judge

---

[1] (Notice of Motion and Motion for Order to Levy Community Property Assets of Judgment Debtor Spouse, Docket Item No. 128.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blaine L. Fields blaine.fields@sbcglobal.net
Dov M. Grunschlag dgrunschlag@carterfries.com
Michelle Q. Carter michelle@carterfries.com
William P. Donovan william.donovan@dlapiper.com

**Dated:  June 20, 2012**                                         **Richard W. Wieking, Clerk**

                                                     **By:    /s/ JW Chambers**
                                                           **William Noble**
                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California