1  BLAINE L. FIELDS, SBN 65781
   1009 E. CAPITOL EXPY., #105
2  SAN JOSE, CALIFORNIA 95121
   (408) 279-3600
3
   Attorney for Plaintiffs
4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALADEZ, BABITA VALADEZ, | Case No. C 08-03100 HRL |
| Plaintiffs, | SATISFACTION OF JUDGMENT |
| vs. | |
| RUBEN AGUALLO, PAUL GREGORIO, | |
| Defendants. | |

WHEREAS, in the above-entitled action, a judgment was entered on October 2, 2009, in the total sum of $140,002, together with costs of suit and attorney's fees; and,

WHEREAS, through performance of individual post-trial Settlement Agreements entered into between plaintiffs and each respective defendant, and each defendant having fully performed the terms and conditions of his respective settlement agreement; now,

THEREFORE, Plaintiffs hereby acknowledge full and in complete satisfaction of said judgment, including all costs, attorney fees, and post judgement interest.

DATED: 20 October 2017              LAW OFFICES OF BLAINE L. FIELDS

                                    _____
                                    BLAINE L. FIELDS
                                    Attorney for Plaintiffs

Satisfaction of Judgment                                              Page 1

| Plaintiff: | Jose & Babita Valadez | Case Number: |
|---|---|---|
| Defendant: | Ruben Aguallo, et al. | C 08-03100 JW (HRL) |

## PROOF OF SERVICE BY MAIL

The undersigned declares:

1. I am employed in the County of Santa Clara, State of California, am over the age of 18 years and am not a party to the within action. My business address is 1009 E. Capitol Expy., #105, San Jose, CA 95121.

2. On 20 October 2017 I served the following described document by mail:

   SATISFACTION OF JUDGMENT

3. True and correct copies of the described document(s) was(were) enclosed in a sealed envelope with postage prepaid and thereafter placed for collection for deposit in the United States Mail at San Jose, California. I am readily familiar with the mail collection and processing practices of this firm and state that mail is deposited with the United Stated Postal Service on the same date in the ordinary course of business at the business address noted above. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

4. The document(s) described above was(were) mailed in the manner described to the following:

   Dov M. Grunschlag                          Seth Feinberg
   Carter, Carter Fries & Grunschlag          180 Grand Avenue
   44 Montgomery Street, Suite 2500           Suite 700
   San Francisco, CA 94104                    Oakland, CA 94612
                                              <u>Courtesy Copy</u>

5. [X] I hereby certify that I am a member of the Bar of the United States District Court in which this matter is pending.

   [ ] I hereby certify that I am employed in the office of a member of the Bar of the United States District Court in which this matter is pending and at whose direction this service is made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on 20 October 2017 at San Jose, California.

_____
Blaine L. Fields